© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wilson, Darin Ellsworth** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wilson, Kristen Lee** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Network Mortgage<br>dba Wilson Investments, Inc.<br>Iminage Realty** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **8935 / 68-0668772** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1772** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1771 Del Rita Lane<br>Durham, CA**<br>ZIPCODE **95938** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1771 Del Rita Lane<br>Durham, CA**<br>ZIPCODE **95938** |
| County of Residence or of the Principal Place of Business:<br>**Butte** | County of Residence or of the Principal Place of Business:<br>**Butte** |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 6556<br>Chico, CA**<br>ZIPCODE **95927** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 6556<br>Chico, CA**<br>ZIPCODE **95927** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>----------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

2008-37484
FILED
November 26, 2008
2:37 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001532027

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Wilson, Darin Ellsworth & Wilson, Kristen Lee** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. X _____  11/26/08 Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Wilson, Darin Ellsworth & Wilson, Kristen Lee** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____  **Darin Wilson**
Signature of Debtor

X _____  **Kristen Lee Wilson**
Signature of Joint Debtor

**(530) 895-0658**
Telephone Number (If not represented by attorney)

11-24-08
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Douglas B. Jacobs 084153**
Printed Name of Attorney for Debtor(s)

**Douglas B. Jacobs Jacobs, Anderson, Potter and Chapli**
Firm Name

**20 Independence Circle**
Address

**Chico, CA 95973**

_____
Telephone Number

11/26/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

_____

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Wilson, Darin Ellsworth & Wilson, Kristen Lee**
Printed Name(s) of Debtor(s)

**X** _____  11-24-08
Signature of Debtor                Date

Case No. (if known) _____

**X** _____  11-24-08
Signature of Joint Debtor (if any)   Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Eastern District of California

IN RE:                                                          Case No. _____

__Wilson, Darin Ellsworth__ _____   Chapter **7** _____
                            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: _____*11-24-2008*_____

*8*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 01356-CAE-CC-004842777

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 5, 2008 , at 5:53 o'clock PM EDT ,

Darin Wilson received from

Hummingbird Credit Counseling and Education, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: September 5, 2008          By      /s/Deyanira Reyes

                                 Name    Deyanira Reyes

                                 Title   Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                    Case No. _____

**Wilson, Kristen Lee**                          Chapter **7** _____
                     Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: 11-24-08

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 01356-CAE-CC-004842782

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 5, 2008 , at 5:54 o'clock PM EDT ,

Kristen Wilson received from

Hummingbird Credit Counseling and Education, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .


Date: September 5, 2008        By      /s/Deyanira Reyes

                               Name   Deyanira Reyes

                               Title   Certified Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

In re: **Wilson, Darin Ellsworth & Wilson, Kristen Lee**
Debtor(s)

Case Number: _____
(If known)

According to the calculations required by this statement:
- ☐ **The presumption arises**
- ☑ **The presumption does not arise**

(Check the box as directed in Parts I, III, and VI of this statement.)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
|---|---|
| **1A** | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| **2** | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| **3** | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| **4** | Income from the operation of a business, profession or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $ **3,131.15** | $ |

| | | | |
|---|---|---|---|
| a. | Gross receipts | $ | 14,277.00 |
| b. | Ordinary and necessary business expenses | $ | 11,145.85 |
| c. | Business income | Subtract Line b from Line a | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | | |
|---|---|---|---|---|---|
| 5 | Rent and other real property income. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |

| | | | |
|---|---|---|---|
| a. | Gross receipts | $ | 6,665.00 |
| b. | Ordinary and necessary operating expenses | $ | 5,778.11 |
| c. | Rent and other real property income | Subtract Line b from Line a | |

Row 5 totals: $ 886.89 | $

| | | | |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |

| | | | |
|---|---|---|---|
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act      Debtor $ _____   Spouse $ _____ | $ | $ |

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.** | | |

| | | | |
|---|---|---|---|
| a. | VA Disability Benefits | $ | 117.00 |
| b. | | $ | |

Total and enter on Line 10: $ 117.00 | $

| | | | |
|---|---|---|---|
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 4,135.04 | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ 4,135.04 |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 49,620.48 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: **California**      b. Enter debtor's household size: **2** | $ 62,690.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|

| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| | a. | | $ |
|---|---|---|---|
| | b. | | $ |
| | c. | | $ |

| | | | $ |
|---|---|---|---|

| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | $ |
|---|---|---|

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

| | | $ |
|---|---|---|

| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 20B | Local Standards: housing and utilities; mortgage/rent expense. Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0 ☐ 1 ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1 ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | $ |
| | | a. | IRS Transportation Standards, Ownership Costs | $ |
| | | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | $ |
| | | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
| | | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

**Subpart B: Additional Expense Deductions under § 707(b)**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount, state your actual total average monthly expenditures in the space below:**<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | $ |

### Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | $ |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add lines a, b and c. | |

| | | |
|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| | | | |
|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. <table><tr><td>a.</td><td>Projected average monthly chapter 13 plan payment.</td><td>$</td></tr><tr><td>b.</td><td>Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)</td><td>X</td></tr><tr><td>c.</td><td>Average monthly administrative expense of chapter 13 case</td><td>Total: Multiply Lines a and b</td></tr></table> | | $ |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | | $ |

**Subpart D: Total Deductions from Income**

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |

Date: 11-24-2008      Signature: _____
(Debtor)

Date: 11-24-08      Signature: Kristen Wilson
(Joint Debtor, if any)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                    Case No. _____

**Wilson, Darin Ellsworth & Wilson, Kristen Lee** _____   Chapter _7__
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,825,150.00 | | |
| B - Personal Property | Yes | 3 | $ 104,438.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 2,168,805.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,837.81 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 311,634.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 21,059.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 20,240.93 |
| TOTAL | | 17 | $ 1,929,588.00 | $ 2,482,277.42 | |

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                    Case No. _____

Wilson, Darin Ellsworth & Wilson, Kristen Lee _____ Chapter **7** _____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 1,837.81 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | 1,837.81 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 21,059.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 20,240.93 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 4,135.04 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 290,825.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 1,837.81 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 311,634.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 602,459.61 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Wilson, Darin Ellsworth & Wilson, Kristen Lee</u>  Case No. _____

      Debtor(s)              (If known)

# SCHEDULE A - REAL PROPERTY

 Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

 If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

 If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Rental - 1bd/1ba - Six Units 21st St<br>21st Street<br>Chico, CA 95928<br>***Debtors own half equity in property**** | | | 344,000.00 | 376,000.00 |
| Rental - 2bd/2ba  Oliver Road<br>6277 Oliver Rd<br>Paradise, CA 95969 | | | 188,000.00 | 192,000.00 |
| Rental - 3bd/2ba Locust St<br>1543 Locust St.<br>Chico, CA 95928 | | | 303,150.00 | 374,544.00 |
| **Rental**<br><br>Rental 620 Earl Ave.<br>3bd/3ba - 3509 sq. ft<br>Chico, Ca 95928 | | | 655,000.00 | 875,801.00 |
| Residence - 3bd/2ba Del Rita<br>1771 Del Rita Ln.<br>Durham, Ca 95963 | | | 335,000.00 | 326,400.00 |
| | | **TOTAL** | **1,825,150.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Wilson, Darin Ellsworth & Wilson, Kristen Lee _____ Case No. _____

Debtor(s)                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Butte Community Bank Business Checking Wilson Investments, Inc. Account No. 1729** | C | 2,000.00 |
| | | **Butte Community Bank Checking Account No's 0297 9349 9331** | C | 50.00 |
| | | **Sierra Central Credit Union savings account No. 1791** | C | 5.00 |
| | | **U.S. Bank checking Account #1593** | C | 5.00 |
| | | **U.S. Bank checking Account #1774** | C | 7.00 |
| | | **US Bank Checking Account #9308** | C | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings** | C | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | C | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Farmers New World Life Policy No. 00563738OU** | H | 3,300.00 |
| | | **Prudential Financial Policy No. 95-659-159** | W | 4,107.00 |
| | | **Prudential Financial Life Insurance Policy No. V3000235** | H | 1,829.00 |
| | | **Prudential Financial Life Insurance Policy No. 95-662-717 (policy for son)** | C | 1,586.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

19

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**          Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Purdential Financial Life Insurance Policy No. 95-662-717 (policy for daughter)** | C | 1,388.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **AG EDWARDS #6917-3462 FOR INFORMATION ONLY NOT PROPERTY OF ESTATE** | W | 26,662.00 |
| | | **Farmers New World Life Annuity Plus-SEP IRA FOR INFORMATION ONLY NOT PROPERTY OF ESTATE** | C | 0.00 |
| | | **Prudential ROTH IRA #2575 FOR INFORMATION ONLY NOT PROPERTY OF ESTATE** | H | 27,990.00 |
| | | **Prudential SEP IRA No. 4601 FOR INFORMATION ONLY NOT PROPERTY OF ESTATE** | H | 7,294.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**     Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1980 Dodge Truck** **Not Opperable** | C | 500.00 |
| | | **1986 Bayliner Boat** **Not Opperable** | C | 200.00 |
| | | **1999 Infinity Qx4** **Good Condition** | C | 4,420.00 |
| | | **2003 Hyndai Tiburon** **Good Condition** | C | 5,160.00 |
| | | **2005 Lexus** **Good Condition** | C | 14,430.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **104,438.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

___**0**___ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**IN RE** Wilson, Darin Ellsworth & Wilson, Kristen Lee _____ Case No. _____
Debtor(s)                                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:               ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence - 3bd/2ba Del Rita**<br>**1771 Del Rita Ln.**<br>**Durham, Ca 95963** | CCCP § 703.140(b)(1) | 13,600.00 | 340,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Butte Community Bank Business Checking**<br>**Wilson Investments, Inc.**<br>**Account No. 1729** | CCCP § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **Butte Community Bank Checking**<br>**Account No's**<br>**0297**<br>**9349**<br>**9331** | CCCP § 703.140(b)(5) | 50.00 | 50.00 |
| **Sierra Central Credit Union**<br>**savings account No. 1791** | CCCP § 703.140(b)(5) | 5.00 | 5.00 |
| **U.S. Bank checking Account**<br>**#1593** | CCCP § 703.140(b)(5) | 5.00 | 5.00 |
| **U.S. Bank checking Account**<br>**#1774** | CCCP § 703.140(b)(5) | 7.00 | 7.00 |
| **US Bank Checking Account**<br>**#9308** | CCCP § 703.140(b)(5) | 5.00 | 5.00 |
| **Household goods and furnishings** | CCCP § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Clothing** | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| **Farmers New World Life**<br>**Policy No. 00563738OU** | CCCP § 703.140(b)(8) | 3,300.00 | 3,300.00 |
| **Prudential Financial**<br>**Policy No. 95-659-159** | CCCP § 703.140(b)(8) | 4,107.00 | 4,107.00 |
| **Prudential Financial Life Insurance**<br>**Policy No. V3000235** | CCCP § 703.140(b)(8) | 1,829.00 | 1,829.00 |
| **Prudential Financial Life Insurance**<br>**Policy No. 95-662-717**<br>**(policy for son)** | CCCP § 703.140(b)(8) | 1,586.00 | 1,586.00 |
| **Purdential Financial Life Insurance**<br>**Policy No. 95-662-717**<br>**(policy for daughter)** | CCCP § 703.140(b)(8)<br>CCCP § 703.140(b)(5) | 253.00<br>1,135.00 | 1,388.00 |
| **1980 Dodge Truck**<br>**Not Opperable** | CCCP § 703.140(b)(5) | 500.00 | 500.00 |
| **1986 Bayliner Boat**<br>**Not Opperable** | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| **1999 Infinity Qx4**<br>**Good Condition** | CCCP § 703.140(b)(2) | 2,250.00 | 4,420.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**     Case No. _____

Debtor(s)                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1162** <br><br>**AHMSI American Home Mortgage Servicceing** <br>**PO Box 631730** <br>**Irving, TX 75063-1730** | | | **1st on Residence Del Rita Lane** <br><br><br>VALUE $ **340,000.00** | | | | 326,400.00 | |
| ACCOUNT NO. **0162** <br><br>**Aurora Laon Services** <br>**10350 Park Meadows Dr.** <br>**Littleton, CO 80124** | | | **1st on Rental Locust St** <br><br><br>VALUE $ **321,700.00** | | | | 334,949.00 | 13,249.00 |
| ACCOUNT NO. **9158** <br><br>**Citi Mortgage** <br>**PO Box 9438** <br>**Gauthersberg, MD 20898-9438** | | | **1st on Rental Earl Avenue** <br><br><br>VALUE $ **690,000.00** | | | | 720,000.00 | 10,000.00 |
| ACCOUNT NO. **6120** <br><br>**Green Point Mortgage** <br>**PO Box 84013** <br>**Cloumbus, GA 31908-4013** | | | **2nd on Rental Oliver Road** <br><br><br>VALUE $ **180,000.00** | | | | 192,000.00 | 12,000.00 |

_____1 continuation sheets attached

Subtotal (Total of this page)   $ 1,573,349.00   $ 35,249.00

Total (Use only on last page)   $ _____   $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee** _____ Case No. _____
<br>Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6295**<br><br>**Green Point Mortgage**<br>**PO Box 84013**<br>**Cloumbus, GA 31908-4013** | C | | **2nd on Rental Locust Street**<br><br><br>VALUE $ **321,700.00** | | | | 39,595.00 | 39,595.00 |
| ACCOUNT NO. **8935**<br><br>**Rolf Guerrero**<br>**PO Box 342**<br>**Durham, CA 95938** | | | **1st on Rental W. 21st Street**<br><br><br>VALUE $ **360,000.00** | | | | 376,000.00 | 16,000.00 |
| ACCOUNT NO. **8507**<br><br>**Sierra Central Credit Union**<br>**860 Plaza Way**<br>**Yuba City, CA 95991** | C | | **2005 Lexus**<br><br><br>VALUE $ **14,430.00** | | | | 24,060.00 | 9,630.00 |
| ACCOUNT NO. **1998**<br><br>**Wells Fargo Bank**<br>**PO Box 4233**<br>**Portland, OR 91765-2435** | | | **2nd on Rental Earl Avenue**<br><br><br>VALUE $ **690,000.00** | | | | 134,785.00 | 134,785.00 |
| ACCOUNT NO. **01998**<br><br>**Wells Fargo Bank**<br>**PO Box 4233**<br>**Portland, OR 91765-2435** | | | **equity line on Rental Earl Avenue**<br><br><br>VALUE $ **690,000.00** | | | | 21,016.00 | 21,016.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
<br>Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **595,456.00** | $ **221,026.00** |
| Total<br>(Use only on last page) | $ **2,168,805.00** | $ **256,275.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**                    Case No. _____
_____                              _____
                    Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee** _____ Case No. _____
<u>                                                     </u>
                     Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### <u>Taxes and Other Certain Debts Owed to Governmental Units</u>
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8935** <br> **Internal Revenue Service** <br> **Ogden, UT 84201** | | C | **2006 income taxes** | | | | **1,837.81** | **1,837.81** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims             Subtotal
(Totals of this page)    $ **1,837.81**   $ **1,837.81**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **1,837.81**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **1,837.81**   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Wilson, Darin Ellsworth & Wilson, Kristen Lee _____ Case No. _____

Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1003**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX  79998-1535** | | C | charge account | | | | **6,805.00** |
| ACCOUNT NO. **4286**<br><br>**Bank Of America**<br>**PO Box 15026**<br>**Wilmington, DE  19850-5026** | | C | charge account | | | | **9,443.00** |
| ACCOUNT NO. **9122**<br><br>**Bank Of America**<br>**PO Box 15026**<br>**Wilmington, DE  19850-5026** | | C | charge account | | | | **10,844.00** |
| ACCOUNT NO. **8343**<br><br>**Capitol One**<br>**PO Box 85015**<br>**Richmond, VA  23285** | | C | charge account | | | | **14,842.00** |

<table>
<tr><td>___<u>3</u>___ continuation sheets attached</td><td align="right">Subtotal<br>(Total of this page)</td><td>$ 41,934.00</td></tr>
<tr><td></td><td align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)</td><td>$</td></tr>
</table>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Wilson, Darin Ellsworth & Wilson, Kristen Lee</u>       Case No. _____

          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5111**<br>**Capitol One Mastercard**<br>**PO Box 85617**<br>**Richmond, VA 23285-5617** | | C | charge account | | | | 5,815.00 |
| ACCOUNT NO. **4780**<br>**Capitol One Visa**<br>**PO Box 85617**<br>**Richmond, VA 23285-5617** | | C | charge account | | | | 568.00 |
| ACCOUNT NO. **3166**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | C | charge account | | | | 6,671.00 |
| ACCOUNT NO. **2259**<br>**Citi Business Card**<br>**PO Box 44180**<br>**Jacksonville, FL 32231-4180** | | C | unsecured debt | | | | 42,042.00 |
| ACCOUNT NO. **1536**<br>**CitiBank**<br>**PO Box 6000**<br>**Siux Falls, SD 57117** | | C | charge account | | | | 15,863.00 |
| ACCOUNT NO. **4425**<br>**Discover**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130** | | C | charge account | | | | 11,961.00 |
| ACCOUNT NO. **0668**<br>**Home Depot**<br>**PO Box 689100**<br>**Des Moines, IA 50368** | | C | charge account | | | | 1,135.00 |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
      (Total of this page)   $ 84,055.00

               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

**IN RE** Wilson, Darin Ellsworth & Wilson, Kristen Lee _____ Case No. _____
      Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8435**<br>**Lowes**<br>**PO Box 530914**<br>**Atlanta, GA  30353-0942** | | C | charge account | | | | 2,105.00 |
| ACCOUNT NO. **8334**<br>**Nelson & Kennard**<br>**Jamie Allison Forbes**<br>**2180 Harvard Street, Ste 160**<br>**Sacramento, CA  95853** | | C | Asssigine or other notification for US BANK | | | | 32,367.40 |
| ACCOUNT NO. **6406**<br>**Nelson & Kennard**<br>**Jamie Allison Forbes**<br>**2180 Harvard St., Ste 160**<br>**Sacramento, CA  95853** | | C | Assignee or other notification for US BANK | | | | 24,727.21 |
| ACCOUNT NO. **7411**<br>**Nordstrom Bank**<br>**PO Box 79137**<br>**Phoenix, AZ  85062-9137** | | C | charge account | | | | 2,577.00 |
| ACCOUNT NO. **0668**<br>**NORTHLAND GROUP**<br>**PO Box 390905**<br>**EDINA, MN  55439** | | C | Assignee or other notification for Citibank | | | | 0.00 |
| ACCOUNT NO. **6406**<br>**US Bank**<br>**PO Box 790480**<br>**St. Louis, MO  63179-0408** | | C | charge account | | | | 20,813.00 |
| ACCOUNT NO. **0886**<br>**US Bank**<br>**PO Box 790480**<br>**St. Louis, MO  63179-0408** | | C | unsecured debt | | | | 44,191.00 |

Sheet no. ____ **2** of ____ **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 126,780.61

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8486** <br> **US Bank** <br> **PO Box 790480** <br> **St. Louis, MO  63179-0408** | | C | charge account | | | | 9,943.00 |
| ACCOUNT NO. **8334** <br> **US Bank** <br> **PO Box 790480** <br> **St. Louis, MO  63179-0408** | | C | charge account | | | | 27,595.00 |
| ACCOUNT NO. **8806** <br> **US Bank** <br> **PO Box 790480** <br> **St. Louis, MO  63179-0408** | | C | charge account | | | | 5,587.00 |
| ACCOUNT NO. **2932** <br> **Wells Fargo Bank** <br> **3201 N. 4th Avenue** <br> **Sioux Falls, SD  57117** | | | charge account | | | | 15,740.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**3**____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   58,865.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $   311,634.61

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**      Case No. _____
<br>
              Debtor(s)                                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **James O'Bannon**<br>**1010 Mangrove Ave. #D**<br>**Chico, CA  95926** | **Business/Office space lease at:**<br>**1010 Mangrove Ave. #D**<br>**Chico, CA 95926** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**
_____     Case No. _____
Debtor(s)                                                                            (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**                    Case No. _____
_____                                    (If known)
                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Wilson Investments, Inc. DBA: Network Mortga** | **Wilson Investments, Inc. DBA: Network Mortga** |
| How long employed | | |
| Address of Employer | **1010 Mangrove Ave Ste D** | **1010 Mangrove Ave Ste D** |
| | **Chico, CA 95927** | **Chico, CA** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | | $ _____ | $ _____ |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ **0.00** | $ **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ **14,277.00** | $ _____ |
| 8. Income from real property | | $ **6,665.00** | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) **VA Disabilty** | | $ **117.00** | $ _____ |
| | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ **21,059.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ **21,059.00** | $ **0.00** |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)          $ **21,059.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Rental Income breakdown: ****
Oliver Road $ 1415.00
Locust Street $2250.00
21 Street 3100.00

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wilson, Darin Ellsworth & Wilson, Kristen Lee**     Case No. _____

Debtor(s)            (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,024.00 |
|    a. Are real estate taxes included?   Yes ✓   No ____ | |
|    b. Is property insurance included?   Yes ✓   No ____ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 200.00 |
|    b. Water and sewer | $ 76.00 |
|    c. Telephone | $ 50.00 |
|    d. Other _____ | $ |
|    _____ | $ |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 750.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 15.00 |
| 7. Medical and dental expenses | $ 226.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 25.00 |
| 10. Charitable contributions | $ 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 250.00 |
|    c. Health | $ 281.00 |
|    d. Auto | $ 202.00 |
|    e. Other _____ | $ |
|    _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **Estimated Income Tax Payment** | $ 750.00 |
|    _____ | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 563.00 |
|    b. Other _____ | $ |
|    _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 11,145.85 |
| 17. Other  **Mtg.Payment Oliver Rd** | $ 1,334.45 |
|         **Mtg.Payment Locust St** | $ 1,498.63 |
|         **Mtg. Payment 21st Street** | $ 1,475.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ **21,290.93**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 21,059.00 |
|    b. Average monthly expenses from Line 18 above | $ 21,290.93 |
|    c. Monthly net income (a. minus b.) | $ -231.93 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Wilson, Darin Ellsworth & Wilson, Kristen Lee</u>         Case No. _____
Debtor(s)                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _11-24-2008_      Signature: _____      _11-24-2008_
Debtor

**Darin Wilson**

Date: _11-24-08_      Signature: _____      _11-24-08_

**Kristen Lee Wilson**
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                    Case No. _____

Wilson, Darin Ellsworth & Wilson, Kristen Lee _____ Chapter **7** _____
                    Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                     $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:                                         $ _____14,277.00

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)              $ _____
   4.  Payroll Taxes                                         $ _____
   5.  Unemployment Taxes                                    $ _____
   6.  Worker's Compensation                                 $ _____
   7.  Other Taxes                                          $ _____15.77
   8.  Inventory Purchases (Including raw materials)         $ _____
   9.  Purchase of Feed/Fertilizer/Seed/Spray               $ _____
10.  Rent (Other than debtor's principal residence)         $ _____1,255.00
11.  Utilities                                              $ _____137.03
12.  Office Expenses and Supplies                           $ _____13.43
13.  Repairs and Maintenance                                $ _____
14.  Vehicle Expenses                                       $ _____
15.  Travel and Entertainment                               $ _____
16.  Equipment Rental and Leases                            $ _____
17.  Legal/Accounting/Other Professional Fees               $ _____150.00
18.  Insurance                                              $ _____402.00
19.  Employee Benefits (e.g., pension, medical, etc.)       $ _____
20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                            $ _____

21.  Other (Specify):                                       $ _____9,172.62
   **See Continuation Sheet**

22.  Total Monthly Expenses (Add items 3-21)                      $ _____11,145.85

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $ _____3,131.15

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

## BUSINESS INCOME AND EXPENSES
### Continuation Sheet - Page 1 of 1

Other:

| | |
|---|---|
| Advertising | 841.04 |
| Appraisals | 833.00 |
| Bank Service Charges | 3.50 |
| Credit Reports | 626.50 |
| Commissions | 6,029.66 |
| Credit Card Interest | 3.50 |
| Education | 3.44 |
| Equipment | 143.90 |
| Fax Service | 4.15 |
| Filing Fees | 15.21 |
| Imagine Realty | 33.18 |
| Referrals | 11.11 |
| Repairs | 38.37 |
| Set Up Cost For FHA | 111.11 |
| Telephone Expenses | 440.29 |
| Web Site | 34.66 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of California

IN RE:                                                          Case No. _____

**Wilson, Darin Ellsworth & Wilson, Kristen Lee** _____    Chapter **7** _____
                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To include payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
**-5,657.00  2007 Income from business**

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<sup>None</sup> ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sup>None</sup> ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

<sup>None</sup> ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sup>None</sup> ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

<sup>None</sup> ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

<sup>None</sup> ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

<sup>None</sup> ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

<sup>None</sup> ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Chico Church Of Religous Science<br>2565 California Park Drive<br>Chico, CA 95928 | | monthly | $120 per month |

## 8. Losses

<sup>None</sup> ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

<sup>None</sup> ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Douglas B. Jacobs<br>Jacobs, Anderson, Potter And Chaplin<br>20 Independence Cirlce<br>Chico, CA 96973 | September 2008 | 1,500.00 |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Ameri Trade<br>PO Box 2209<br>Omaha, NE 68103-2209 | Stock Account #6375 | $0.00 8-2008 |
| Ameri Trade<br>PO Box 2209<br>Omaha, NE 68103-2209 | Stock, Corporate Account #1161 | $0.00 8-2008 |
| Scott Trade<br>2100 Arden Way #106<br>Sacramento, CA 95825-2276 | Stock #2755 | $0.00 8-2008 |
| Wells Trade<br>625 Marquette Ave S.<br>Minnepolis, MN 55402 | Stock # 0916 | $0.00 8-2008 |
| Wells Trade<br>625 Marquette Ave S.<br>Minnepolis, MN 55402 | Stock # 1148 | $0.00 8-2008 |

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| US Bank<br>260 E. 2nd Street<br>Chico, CA 95928 | Darin or Kristen Wilson | Paperwork & 1 antique bracelet | |

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Wilson Investments Inc. | 68-0668772 | 1010 Mangrove Ave Ste D Chico, CA 95926 | Mortgage Oigination | 1-2008 |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**19. Books, records and financial statements**

None a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐ keeping of books of account and records of the debtor.

NAME AND ADDRESS                     DATES SERVICES RENDERED
**Darin Wilson**

None b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☐ and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                     DATES SERVICES RENDERED
**Darin Wilson**

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☑ debtor. If any of the books of account and records are not available, explain.

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☑ within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

**21. Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☑ or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

**24. Tax Consolidation Group**

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑ has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: _11-24-2008_          Signature of Debtor _____          **Darin Wilson**

Date: _11-24-08_            Signature of Joint Debtor _____          **Kristen Lee Wilson**
(if any)

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                    Case No. _____

Wilson, Darin Ellsworth & Wilson, Kristen Lee                Chapter **7** _____

_Debtor(s)_

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Residence - 3bd/2ba Del Rita | AHMSI American Home Mortgage Servicei | | | Retain * | |
| Rental - 3bd/2ba Locust St | Aurora Laon Services | | | Retain * | |
| Rental 620 Earl Ave. | Citi Mortgage | ✓ | | | |
| Rental - 2bd/2ba  Oliver Raod | Green Point Mortgage | | | Retain * | |
| Rental - 3bd/2ba Locust St | Green Point Mortgage | | | Retain * | |
| Rental - 1bd/1ba - Six Units 21st St | Rolf Guerrero | | | Retain * | |
| Rental 620 Earl Ave. | Wells Fargo Bank | ✓ | | | |
| Rental 620 Earl Ave. | Wells Fargo Bank | ✓ | | | |

\* Retain and pay pursuant to original contract

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| Business/Office space lease at:      1010 Mangrove Ave. # | James O'Bannon | ✓ |

11-24-2008                          Darin Wilson                                    Debtor  Kristen Lee Wilson

Date                                 Darin Wilson                                   Debtor  Kristen Lee Wilson          Joint Debtor (if applicable)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

Address

_____                    _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**

Case No. _____

Wilson, Darin Ellsworth & Wilson, Kristen Lee       Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,500.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,500.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_11/26/08_            _Douglas B. Jacobs_ (signature)

Date                                  Signature of Attorney

**Douglas B. Jacobs Jacobs, Anderson, Potter and Chaplin**

Name of Law Firm



Realty
Specializing in Real
Estate Counseling,
Exchanges and Buyers
Brokerage

Geri Lee
1102 Mangrove Ave.
Chico, CA 95926
530/895-3127

...helping your dreams come true.

November 18, 2008

Doug Jacobs,
Attorney at Law
20 Independence Circle
Chico, CA 95973

Re: Property of Kristen & Darin Wilson

Dear Mr. Jacobs;

As per your request I have put together a comparable market analysis on five properties owned by Kristen and Darin Wilson to determine there current market value.

All of the comparable properties have sold in the last 6 months.

The values are as follows:

**620 Earl Avenue, Chico** is approximately 3,509 sq ft
at $186.00 per sq ft = $655,000
Updated kitchen and master bath addition raise the value

2235 Dorado Cerro – 3,116 sq ft sold at $550,000 @ $176.51 per sq ft
808 Arbutus Ave. –  4,095 sq ft sold at $600,000 @ $146.52 per sq ft
75 Landmark Dr. -    3,700 sq ft sold at $613,500 @ $165.81 per sq ft

**1771 Del Rita Lane, Durham** is approximately 2,292 sq ft
at $146.00 per sq ft = $335,000
this house is older than all the comps

9544 Athena Way, Durham-2,492 sq ft sold at $440,000 @ $176 per sq ft
4243 Michelle Ct., Chico  - 2,221 sq ft sold at $370,000 @ $167 per sq ft
4100 Nord Hwy, Chico    - 2,234 sq ft sold at $270,000 @ $121 per sq ft

**6277 Oliver Rd., Paradise** is approximately 1,388 @135.71  = $188,000
all comps are in Paradise

5914 Del Mar Ave. – 1,387 sq ft sold at $180,000 @ $129.78 per sq ft
810 Windsor Dr. -  1,396 sq ft sold at $175,000 @ $125.36 per sq ft
743 Bille Rd  -  1,283 sq ft sold at $195,000 @ $151.99 per sq ft

**1543 Locust/260 E 16th St., Chico** is approximately 2,290 sq ft @ 132.38 per sq ft = $303,150.  $10.00 per sq ft off for age
  all comps are in Chico
  59/61 St. Francis  - 2,100 sq ft sold at $299,000 @ $142.38 per sq ft
  1156 Oakdale St -  1,467 sq ft sold at  $260,000 @ $177.23 per sq ft
  569 East 8th St. -   1,685 sq ft sold at $305,000   @ $181.01 per sq ft

**117 West 21st St, Chico** is approximately 3,600 sq ft @ $95.56 = $344,000
  subject property is 6 units
  1240 Warner St 6 units 4,500 sq ft sold at $430,000 @ $95.56 per sq ft
  193 E. 1st Ave   6 units  5,020 sq ft sold at $490,000 @ $97.61 per sq ft
  1263 N Cedar  6 units  7,350 sq ft sold at $635,000 @ $86.39 per sq ft

I have included printouts from the Multiple Listing Service as back-up documentation.

If you have any further questions please feel free to contact me.

Sincerely,

Geri Lee

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| **MLS #** | 200803913 | **Bedrooms** | 3 |
| **Status** | SOLD | **Baths** | 2.5 |
| **Type** | Single Family Detached | **Stories** | 1 Story |
| **Address** | 2235 DORADO CERRO | **Bonus Room** | Yes |
| **Cross Street** | El Monte | **Garage** | Yes |
| **City** | Chico | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95928 | **Pool** | Yes |
| **Area** | 1D-Chico (central east) | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $599,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1963 | **Approx. SQFT** | 3116 |
| **Price per SQFT** | 192.23 | **Approx. Lot SQFT** | 53,578 |
| **Approx. Acres** | 1.23 | **AP #** | 002-070-031 |
| **City/County** | County | **Zoning** | R1 |
| **Listing Type** | Exclusive Right | **Under Construction (Y/N)** | No |
| **Occupied By** | Vacant | **Sign (Y/N)** | Yes |
| **To Show** | Go/Vacant | **Key Location** | Lockbox |
| **Owners Name** | Duggan Trust | **Agent** | MICHAEL FORTINO - (530) 896-3150 |
| **Listing Office 1** | COLDWELL BANKER DUFOUR REALTY - Offc (530) 895-1545 | **Variable Comm. (Y/N)** | No |
| **Comm. Selling Office** | 3 | **HOA/CID** | No |
| **Short Sale** | No | **REO** | No |
| **Listing Date** | 4/17/2008 | **Expiration Date** | 8/17/2008 |
| **Off Market Date** | 4/28/2008 | **Associated Document Count** | 0 |
| **Original Price** | $599,000 | **Cumulative DOM** | 11 |
| **Update Date** | 6/27/2008 | **Status Date** | 6/27/2008 |
| **HotSheet Date** | 6/27/2008 | **Price Date** | 6/27/2008 |
| **Input Date** | 4/21/2008 | **Days On Market** | 11 |
| **Days On MLS** | 7 | | |

## FEATURES

**SEWER**
Sewer
**WATER**
Private Well
**HEATING**
Forced Air
**COOLING**
Forced Air
**FIREPLACE**
Masonry

**SPECIAL FEATURES & AMEN.**
Pool
**LAUNDRY**
Inside
**ROOFING**
Composition Shingle
**EXTERIOR AMENITIES**
Horses Possibly

**GARAGE**
Detached-2
**DETACHED STRUCTURES**
Existing Guest
**YARD**
Fenced Part
Sprinklers

**POOL**
In Ground
Gunite
**RV PARKING**
Up to 30 ft.
**LOT FEATURES**
Horse Property
**POSSESSION**
COE

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Contract Date** | 4/28/2008 |
| **Closing Date** | 6/27/2008 | **Sold Price** | $550,000 |
| **Sold Price per SQFT** | 176.51 | **Selling Agent 1** | ALLY GIBSON - (530) 518-2559 |
| **Selling Office 1** | CENTURY 21 JEFFRIES-LYDON - Offc (530) 345-6618 | | |

## CONFIDENTIAL COMMENTS

Apt occupied to be show by Apt. Only, call listing agent. County records show 3,772 sq.ft., agents measures 3,116 sq.ft. on main residence blt 1963, buyer to verify. Property backs to Dead Horse Slough.

## REMARKS

Own your own resort. Improvements include 3116 sqft home plus detached 1bd/1bth guest home w/ 2 car garage, seperate 2 car garage w/ shop area, in ground pool, art and craft studio w/ bath plus horse set up. Contigious lot for sale: information taken from County records, reports on file.

## ADDITIONAL PICTURES













## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| **MLS #** | 200800817 | **Bedrooms** | 4 |
| **Status** | SOLD | **Baths** | 3.5 |
| **Type** | Single Family Detached | **Stories** | 2 Story |
| **Address** | 808 ARBUTUS AVE | **Bonus Room** | Yes |
| **Cross Street** | Hillview Way | **Garage** | Yes |
| **City** | Chico | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95926 | **Pool** | No |
| **Area** | 1D-Chico (central east) | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $645,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1948 | **Approx. SQFT** | 4095 |
| **Price per SQFT** | 157.51 | **Approx. Lot SQFT** | 16,553 |
| **Approx. Acres** | 0.38 | **Lot Dimensions** | Irreg |
| **AP #** | 003-523-001 | **City/County** | City |
| **Listing Type** | Exclusive Right | **Under Construction (Y/N)** | No |
| **Occupied By** | Owner | **Occupant Name** | Wandrey & Zapalski |
| **Occupant Phone** | 345-4365 | **Sign (Y/N)** | Yes |
| **To Show** | Call First/Go | **Key Location** | Lockbox |
| **Owners Name** | Wandrey & Zapalski | **Agent** | ERIC CHRISTENSEN - (530) 809 -3722 |
| **Tour Date** | 1/30/2008 | **Listing Office 1** | KELLER WILLIAMS REALTY CHICO AREA - OFFICE (530) 809-3700 |
| **Variable Comm. (Y/N)** | No | **Comm. Selling Office** | 3 |
| **HOA/CID** | No | **Short Sale** | No |
| **REO** | No | **Listing Date** | 1/23/2008 |
| **Expiration Date** | 7/22/2008 | **Off Market Date** | 6/26/2008 |
| **Associated Document Count** | 0 | **Original Price** | $660,000 |
| **Cumulative DOM** | 155 | **Update Date** | 7/17/2008 |
| **Status Date** | 7/17/2008 | **HotSheet Date** | 7/17/2008 |
| **Price Date** | 7/17/2008 | **Input Date** | 1/24/2008 |
| **Days On Market** | 155 | **Days On MLS** | 154 |

## FEATURES

**SEWER**
- Septic

**WATER**
- Utility

**HEATING**
- Forced Air

**COOLING**
- Forced Air

**GAS & ELECTRIC**
- Natural Gas
- Electric

**FIREPLACE**
- Masonry
- Insert
- Gas

**SPECIAL FEATURES & AMEN.**
- Central Vacuum
- Water Softener
- Basement
- Jet Tub
- Ceiling Fan(s)
- Satellite
- Cable

**KITCHEN**
- Elec. Range/Oven
- Disposal
- Dishwasher
- Dining Nook

**LAUNDRY**
- Inside
- In Garage
- Gas Hook Up
- Electric Hook Up

**STYLE**
- Charmer

**FOUNDATION**
- Perimeter

**SIDING**
- Wood
- Brick/Stone

**ROOFING**
- Composition Shingle

**EXTERIOR AMENITIES**
- Uncovered Deck/Patio
- Covered Deck/Patio

**GARAGE**
- Attached-2

**YARD**
- Fenced Full
- Sprinklers
- Sprinkler Auto
- Mature Trees

**RV PARKING**
- Covered

**LOT FEATURES**
- Corner
- Paved Street
- Curb & Gutter
- Sidewalks
- Street Light

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Contract Date** | 6/26/2008 |
| **Closing Date** | 7/16/2008 | **Sold Price** | 600,000 |
| **Sold Price per SQFT** | 146.52 | **Selling Agent 1** | NANCY WOLFE - (530) 896-3163 |
| **Selling Office 1** | COLDWELL BANKER DUFOUR REALTY - Offc (530) 895-1545 | | |

## CONFIDENTIAL COMMENTS

Year built, sq. ftg. & lot size from county records. County records show 3 bedroom, 3.5 baths. DONT LET THE CAT OUT!

## REMARKS

This home was built as the premier home of this neighborhood, and it still is! It has all the charm and elegance expected of a home of this vintage, such as ha rdwood floors; tiled floors, counters and bath areas; trims, moldings, wall coverings. Other features are a huge, huge garage plus carport; 2 master suite areas; an inviting backyard patio area.

## ADDITIONAL PICTURES

   

   

 

## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.



| | | | |
|---|---|---|---|
| **MLS #** | 200706227 | **Bedrooms** | 4 |
| **Status** | SOLD | **Baths** | 3 |
| **Type** | Single Family Detached | **Stories** | 1 Story |
| **Address** | 75 LANDMARK DR | **Bonus Room** | No |
| **Cross Street** | Hicks | **Garage** | Yes |
| **City** | Chico | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95973 | **Pool** | Yes |
| **Area** | 1B-Chico (north east) | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $645,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 2003 | **Approx. SQFT** | 3700 |
| **Price per SQFT** | 174.32 | **Approx. Lot SQFT** | 126,760 |
| **Approx. Acres** | 2.91 | **AP #** | 047-520-025 |
| **City/County** | County | **Zoning** | RS |
| **Listing Type** | Exclusive Right | **Master Bedroom** | 19X16 |
| **Living Room** | 24X18 | **Bedroom #2** | 16X13 |
| **Family Room** | 25X17 | **Bedroom #3** | 15X13 |
| **Dining Room** | 13X10 | **Bedroom #4** | 12X10 |
| **Kitchen** | 12X10 | **Personal Property Inc.** | Refrigerator |
| **Occupied By** | Vacant | **Sign (Y/N)** | Yes |
| **To Show** | Go/Vacant | **Key Location** | Lockbox |
| **Owners Name** | Busch | **Agent** | ROBIN FOX - (530) 894-0789 |
| **Listing Office 1** | SOLID ROCK REALTY - Offc (530) 894-0789 | **Listing Office 2** | SOLID ROCK REALTY - Offc (530) 894-0789 |
| **Variable Comm. (Y/N)** | No | **Comm. Selling Office** | 4% |
| **HOA/CID** | No | **Short Sale** | No |
| **REO** | No | **Listing Date** | 8/27/2007 |
| **Expiration Date** | 8/27/2008 | **Bond/Asmt (Y/N)** | No |
| **Off Market Date** | 4/1/2008 | **Associated Document Count** | 0 |
| **Original Price** | $645,000 | **Directions** | Only 3 to 5 minutes to East Avenue. Hicks off Eaton Rd is fastest but does have some pot holes. |
| **Cumulative DOM** | 218 | **Update Date** | 5/9/2008 |
| **Status Date** | 5/9/2008 | **HotSheet Date** | 5/9/2008 |
| **Price Date** | 5/9/2008 | **Input Date** | 8/27/2007 |
| **Days On Market** | 218 | **Days On MLS** | 218 |

## FEATURES

**SEWER**
Septic
**WATER**
Private Well
**HEATING**
Forced Air
Gas
Wood Stove
**COOLING**
Forced Air
**GAS & ELECTRIC**
Bottled Gas
Electric

**FIREPLACE**
Wood Stove
Free Standing
**SPECIAL FEATURES & AMEN.**
Skylight(s)
Jet Tub
Vaulted Ceiling
Ceiling Fan(s)
Whole House Fan
Satellite
High Speed Internet
Smoke Detector
Dual Pane Windows
Walk in Closet
Pool
**KITCHEN**
Gas Range/Oven
Disposal
Dishwasher
Microwave
Dining Nook

**LAUNDRY**
Inside
Gas Hook Up
Electric Hook Up
**STYLE**
Ranch
Contemporary
**FOUNDATION**
Slab
**SIDING**
Stucco
**ROOFING**
Composition Shingle
**EXTERIOR AMENITIES**
Covered Deck/Patio
Dog Run
Horses Possibly
**GARAGE**
Detached-2
**DETACHED STRUCTURES**
Shed
Other

**YARD**
Fenced Full
Sprinklers
Sprinkler Auto
Family Orchard
Mature Trees
Garden Area
Front
Rear
**POOL**
In Ground
Gunite
**RV PARKING**
Over 30 ft.
**LOT FEATURES**
Creek/Stream
Pond
Level
View
Rural Setting
Gravel Street
Horse Property

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Cash | **Seller Concessions** | No |
| **Contract Date** | 4/1/2008 | **Closing Date** | 5/1/2008 |
| **Sold Price** | $613,500 | **Sold Price per SQFT** | 165.81 |
| **Selling Agent 1** | KRISTINA K BROGDEN - (530) 864 -2342 | **Selling Office 1** | COLDWELL BANKER DUFOUR REALTY - Offc (530) 895-1545 |

## CONFIDENTIAL COMMENTS

Not a typo: 4% commission to selling broker!!! Sq ft is approximately & given by combining existing tax rolls sq ft 3358 with the addition sq ft provided by the seller. Year built is taken from tax rolls & from the seller for new addition. New construction is planed in the area in the future however seller says houses scheduled to be built by Steve Shuster will still be quite a distance from subject property. If concerned Listing Broker is in process of attempting to obtain plans for this development.

## REMARKS

Great views from approx 3700 sq ft home with major remodel & addition started in approx 2003. Its hard to tell the original structure was built in 1987. And for those with animals with 2.91 acres you have room to roam

## ADDENDUM

Huge separate family room with newer carpet has beautiful handcrafted mahogany entertainment cabinet that hides TV & other electronics, built in bar area with refrigerator+ wine refrigerator (Duel temperature for red & white), glass slider to pool area. Front living room is huge with engineered cherry wood floors (also covers hallway) and wood stove. Two separate heating & air units. Kitchen has upgraded stainless steal appliances & cortz counter tops & cherry wood cabinets. Breakfast nook area off kitchen with access to covered patio/pool+ Formal dining room with beautiful built in hutch. Dinning room off front door could also make an office or den. Huge master bedroom addition is a dream with high soaring ceilings with three windows in vaulted area allowing in additional light, bubble Jacuzzi tub & two heads in walk in titled shower, walk-in closet with area for shoes & slider from bedroom to the pool. Fully fenced with cross fencing & gates. And for those with animals with 2.91 acres you have room to roam. Various water valves to draw water out in the undeveloped fields. Private pond is loaded with fish that the kids can catch & has a small dock. Home has gorgeous view out all the windows, gunite black bottom pool. Also did I mention there is a seasonal creek/Keefer Slough, Covered Deck/Patio, whole house fan, kids play structure, fruit trees & simple structure covering for animals & chicken area if desired. Bedrooms 2 & 3 both have walk-in closets with a hall bath and bedroom 4 would make an ideal guest room with two large skylights, separate hall bath & out side access to back of garage. Old kitchen cabinets were added to interior of garage. Another fun feature is all the cubbies boxes/ storage in rear entry way to drop off shoes, back packs, etc. This is a great feature if you have struggled with keeping your entry way clear for guest visits. You can access this separate entry way as you come from the back of the garage through man door to house back entry way or to the guest bedroom.

## ADDITIONAL PICTURES












## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

# Bidwell Title & Escrow Company

**500 Wall Street**
**Chico, Ca 95928**
**Phone (530) 894-2612  Fax (530) 894-7647**

| | | | |
|---|---|---|---|
| Parcel Number: | 002-020-018-000 | Phone: | |
| Owner1: | WILSON FAMILY REVOC TRUST | Pg-Grd: | |
| Owner2: | | Census: | 0009.001 |
| Site Address: | 620 EARL AVE | Zoning: | |
| Site City/State: | CHICO CA | 95928 | Flood Panel: |
| Mail Address: | PO BOX 6556 | Ownership: | |
| Mail City/State: | CHICO CA | 95927 | |
| Legal Description: | 620 EARL AVE | | |

## Property Characteristics

| | |
|---|---|
| Use Description: | SFR-STICK BUILT        RS |
| Year Built: | 1952 |
| # Rooms: | *Zoning R1* |
| Bed / Bath: | 3/3.0 |
| # Stories: | |
| # Units: | 1 |
| Square Feet: | 2,924 — *3,509 per appraisal* |
| Floor1: | |
| Floor2: | |
| Additions: | |
| Basement: | |
| Lot Size: | 23,958   *.55* |
| Dimens: | |
| Construction: | WOOD FRAME |
| Qualty: | 8.0 |
| Shape: | C SHAPE   *150×160* |
| Garage Type: | GARAGE |
| Cool: | CENTRAL |
| # Fire Places: | Y |
| PoolSF: | Y |

## Prepared By

*Customer Service*

## Sale/Loan Information

| | |
|---|---|
| Sale Date: | 10/15/2004 |
| Sale Amount: | $510,000 F |
| Document Number: | 63409 |
| 1st Trust Deed: | $408,000 |
| +Addl: | $102,000 |
| Cost/Square Foot: | $174.42 |
| Loan Type: | /VAR/ |
| Buyer: | WILSON FAMILY |
| Seller: | ROGAN,GERALD N & |
| Lender: | GREENPOINT MTG F |
| Title Company: | |
| Last Trans W/O $: | 03/17/2006 |
| Doc #: | 13420 |

### Prior Sale Information

| | |
|---|---|
| Previous Date: | |
| Previous Amount: | |

## Assessment/Tax Information

| | |
|---|---|
| Assessed Value: | $561,204 |
| Land Value: | $234,135 |
| Improvement: | $327,069 |
| % Improvement: | 58% |
| Tax Amount: | $5,836.46 |
| Status: | CUR |
| Tax Rate Area: | 002283 |
| Exempt: | Y |
| Tax Year: | 2007-2008 |

*THE ABOVE INFORMATION IS SOURCED FROM PUBLIC DOCUMENTS AND IS NOT GUARANTEED*
Copyright (C) 1998 Acxiom Corporation

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| **MLS #** | 200806379 | **Bedrooms** | 3 |
| **Status** | EXPIRED | **Baths** | 2.5 |
| **Type** | Single Family Detached | **Stories** | 1 Story |
| **Address** | 1771 DEL RITA LN | **Bonus Room** | Yes |
| **Cross Street** | Lott Rd | **Garage** | Yes |
| **City** | Durham | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95938 | **Pool** | No |
| **Area** | 1I-Durham | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $379,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1980 | **Approx. SQFT** | 2292 |
| **Price per SQFT** | 165.36 | **Approx. Acres** | 1.55 |
| **AP #** | 040-580-029-000 | **City/County** | County |
| **Zoning** | A-10 | **Listing Type** | Exclusive Agency |
| **Master Bedroom** | 17x16 | **Living Room** | 15.5x23 |
| **Bedroom #2** | 11x13 | **Family Room** | 23x26 |
| **Bedroom #3** | 11.5x12.5 | **Dining Room** | 9x11 |
| **Under Construction (Y/N)** | No | **Personal Property Inc.** | refrigerator |
| **Occupied By** | Tenant | **Occupant Name** | Wes & Corrine |
| **Occupant Phone** | 370-4282 | **Sign (Y/N)** | Yes |
| **To Show** | Appt. Only | **Key Location** | List Office |
| **Owners Name** | Wilson | **Agent** | DARIN E WILSON - (530) 899-4016 |
| **Listing Office 1** | IMAGINE REALTY - (530) 899-4016 | **Variable Comm. (Y/N)** | No |
| **Comm. Selling Office** | 3 | **Auction (Y/N)** | No |
| **Limited Service (Y/N)** | No | **MLS Entry Only (Y/N)** | No |
| **HOA/CID** | No | **Short Sale** | No |
| **REO** | No | **Range Pricing (Y/N)** | No |
| **Listing Date** | 6/27/2008 | **Expiration Date** | 9/27/2008 |
| **Off Market Date** | 9/28/2008 | **Associated Document Count** | 0 |
| **Original Price** | $379,000 | **Directions** | Lott Rd to Del Rita (south end of Lott Rd.) |
| **Cumulative DOM** | 93 | **Update Date** | 9/28/2008 |
| **Status Date** | 9/28/2008 | **HotSheet Date** | 9/28/2008 |
| **Price Date** | 6/27/2008 | **Input Date** | 6/27/2008 |
| **Days On Market** | 93 | | |

## FEATURES

**SEWER**
  Septic
**WATER**
  Private Well
**HEATING**
  Forced Air
  Gas
**COOLING**
  Forced Air
**GAS & ELECTRIC**
  Natural Gas
  Electric
**FIREPLACE**
  Masonry
  Free Standing
  Gas

**SPECIAL FEATURES & AMEN.**
  Ceiling Fan(s)
  Smoke Detector
  Walk in Closet
**KITCHEN**
  Elec. Range/Oven
  Disposal
  Dishwasher
  Refrigerator
**LAUNDRY**
  Inside
  Gas Hook Up
  Electric Hook Up
**STYLE**
  Ranch

**FOUNDATION**
  Perimeter
**SIDING**
  Stucco
  Wood Product
**ROOFING**
  Composition Shingle
**EXTERIOR AMENITIES**
  Covered Deck/Patio
  Horses Possibly
**GARAGE**
  Detached-2
**DETACHED STRUCTURES**
  Shed

**YARD**
  Mature Trees
**RV PARKING**
  Over 30 ft.
**LOT FEATURES**
  Cul-De-Sac
  Corner
  Level
  Gravel Street
**TERMS**
  CTNL
**POSSESSION**
  COE

## CONFIDENTIAL COMMENTS

To Show: Call tenant (Wes) at 370-4282. Tenants need to be present for showings so appointment with notice is required. Or call agent (Darin) at 570-2575. Owner/broker

## REMARKS

Sprawling country home with new roof. Pest, septic and well iinspections on file. Spacious 1.55 acres on the corner of cul-de-sac. Priced right. This home is eligible for 100% USDA financing

## ADDITIONAL PICTURES

   

  

## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.



| | | | |
|---|---|---|---|
| **MLS #** | 200805665 | **Bedrooms** | 4 |
| **Status** | SOLD | **Baths** | 2.5 |
| **Type** | Single Family Detached | **Stories** | 1 Story |
| **Address** | 4100 NORD HWY | **Bonus Room** | Yes |
| **Cross Street** | Esplanade | **Garage** | Yes |
| **City** | Chico | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95973 | **Pool** | Yes |
| **Area** | 1C-Chico (central west) | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $247,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Paradise | **County** | Butte |
| **Year Built** | 1960 | **Approx. SQFT** | 2234 |
| **Price per SQFT** | 110.56 | **Approx. Acres** | 1.37 |
| **AP #** | 006-170-011 | **City/County** | City |
| **Listing Type** | Exclusive Right | **Ad #** | 105 |
| **Under Construction (Y/N)** | No | **Occupied By** | Vacant |
| **Occupant Name** | Vacant | **Lock Box #** | 00102949 |
| **Sign (Y/N)** | Yes | **To Show** | Go/Vacant |
| **Key Location** | Lockbox | **Owners Name** | Owner Of Record |
| **Agent** | SCOTT D MERCER - (530) 520-6778 | **Listing Office 1** | RE/MAX OF PARADISE - MAIN (530) 872-5880 |
| **Variable Comm. (Y/N)** | Yes | **Comm. Selling Office** | 3% |
| **HOA/CID** | No | **Short Sale** | No |
| **REO** | Yes | **Listing Date** | 6/6/2008 |
| **Expiration Date** | 9/5/2008 | **Off Market Date** | 6/10/2008 |
| **Associated Document Count** | 0 | **Original Price** | $247,000 |
| **Cumulative DOM** | 4 | **Update Date** | 7/14/2008 |
| **Status Date** | 7/14/2008 | **HotSheet Date** | 7/14/2008 |
| **Price Date** | 7/14/2008 | **Input Date** | 6/6/2008 |
| **Days On Market** | 4 | **Days On MLS** | 4 |

## FEATURES

**SEWER**
Septic
**WATER**
Private Well
**HEATING**
Forced Air
Gas
**COOLING**
Forced Air
**GAS & ELECTRIC**
Natural Gas
Electric

**FIREPLACE**
Masonry
**SPECIAL FEATURES & AMEN.**
Skylight(s)
Ceiling Fan(s)
Satellite
High Speed Internet
Dual Pane Windows
Walk in Closet
Pool
Cable
**KITCHEN**
Elec. Range/Oven
Disposal
Trash Compactor
Eating Bar
Pantry

**LAUNDRY**
Inside
Electric Hook Up
**STYLE**
Contemporary
**SIDING**
Wood Product
**ROOFING**
Composition Shingle
**EXTERIOR AMENITIES**
Uncovered Deck/Patio
Dog Run
Horses Possibly
**GARAGE**
Attached-2
**DETACHED STRUCTURES**
Barn

**YARD**
Fenced Part
Mature Trees
Garden Area
Front
Rear
**POOL**
In Ground
**RV PARKING**
Over 30 ft.
**LOT FEATURES**
Level
**TERMS**
CTNL
Cash
**POSSESSION**
COE

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Cash | **Seller Concessions** | No |
| **Contract Date** | 6/10/2008 | **Closing Date** | 7/14/2008 |
| **Sold Price** | $270,000 | **Sold Price per SQFT** | 120.86 |
| **Selling Agent 1** | LORI AKERS - (530) 520-8234 | **Selling Office 1** | CENTURY 21 JEFFRIES-LYDON - Offc (530) 345-6618 |

## REMARKS

Great Buy!!!! This home has tons of potential. Situated on 1.37 acres. 4 bedrooms, 2.5 baths, dining room, living room, family rooms, spacious kitchen, inside laundry, and a fireplace. Don't miss the in ground pool with water fall and huge barn in the back yard. With a little TLC, this will be a great home. Priced to sell quick, so don't wait!!!

## ADDITIONAL PICTURES



## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

| | | | |
|---|---|---|---|
| **MLS #** | 200802986 | **Bedrooms** | 4 |
| **Status** | SOLD | **Baths** | 2 |
| **Type** | Single Family Detached | **Stories** | 1 Story |
| **Address** | 4243 MICHELLE CT | **Bonus Room** | Yes |
| **Cross Street** | Garner | **Garage** | Yes |
| **City** | Chico | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95973 | **Pool** | Yes |
| **Area** | 1B-Chico (north east) | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $349,900 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Lot/Unit #** | 1 | **Year Built** | 1990 |
| **Approx. SQFT** | 2221 | **Price per SQFT** | 157.54 |
| **Approx. Lot SQFT** | 65,340 | **Approx. Acres** | 1.50 |
| **AP #** | 007-420-009 | **City/County** | County |
| **Zoning** | R1 | **Listing Type** | Exclusive Right |
| **Occupied By** | Vacant | **Sign (Y/N)** | Yes |
| **To Show** | Go/Vacant | **Key Location** | Lockbox |
| **Owners Name** | Bank | **Agent** | SHAWN LEBARON - (530) 891-1116 |
| **Listing Office 1** | WEST COAST REALTY GROUP - Offc (530) 891-1116 | **Listing Agent 2** | KATHY GONZALEZ - (530) 230-4936 |
| **Listing Office 2** | WEST COAST REALTY GROUP - Offc (530) 891-1116 | **Variable Comm. (Y/N)** | No |
| **Comm. Selling Office** | 3 | **Auction (Y/N)** | No |
| **Limited Service (Y/N)** | No | **HOA/CID** | No |
| **Short Sale** | No | **REO** | Yes |
| **Listing Date** | 3/24/2008 | **Expiration Date** | 6/15/2008 |
| **Off Market Date** | 3/31/2008 | **Associated Document Count** | 0 |
| **Original Price** | $349,900 | **Directions** | N on Hwy 99, R on Garner, first street on the left just past the Church. |
| **Cumulative DOM** | 7 | **Update Date** | 5/19/2008 |
| **Status Date** | 5/19/2008 | **HotSheet Date** | 5/19/2008 |
| **Price Date** | 5/19/2008 | **Input Date** | 3/26/2008 |
| **Days On Market** | 7 | **Days On MLS** | 5 |

## FEATURES

| | | | |
|---|---|---|---|
| **SEWER** | | **GAS & ELECTRIC** | |
| Septic | | Bottled Gas | |
| **WATER** | | Electric | |
| Private Well | | **SPECIAL FEATURES & AMEN.** | |
| **HEATING** | | Ceiling Fan(s) | |
| Forced Air | | Smoke Detector | |
| **COOLING** | | Pool | |
| Forced Air | | Den/Office | |
| | | **KITCHEN** | |
| | | Gas Range/Oven | |
| | | Dishwasher | |
| | | Microwave | |
| | | Refrigerator | |

| | | |
|---|---|---|
| **LAUNDRY** | | **YARD** |
| Inside | | Fenced Part |
| **STYLE** | | **POOL** |
| Ranch | | In Ground |
| **FOUNDATION** | | **RV PARKING** |
| Slab | | Over 30 ft. |
| **ROOFING** | | **LOT FEATURES** |
| Composition Shingle | | Cul-De-Sac |
| **EXTERIOR AMENITIES** | | Level |
| Uncovered Deck/Patio | | Rural Setting |
| **GARAGE** | | Paved Street |
| Attached-2 | | **POSSESSION** |
| | | COE |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Cash | **Seller Concessions** | No |
| **Contract Date** | 3/31/2008 | **Closing Date** | 5/19/2008 |
| **Sold Price** | $370,000 | **Sold Price per SQFT** | 166.59 |
| **Selling Agent 1** | SHAWN LEBARON - (530) 891-1116 | **Selling Office 1** | WEST COAST REALTY GROUP - Offc (530) 891-1116 |

## CONFIDENTIAL COMMENTS

Chico lockbox on front door. No commission to be paid to any agent purchasing property for personal use. Please allow bank time to respond. Call Listing Agent, Kathy Gonzalez, at 230-4936 with questions or offers. Spa has no value. Bidding closed at this time.

## REMARKS

If you want privacy, this large 4 bedroom home on 1.5 acres is perfect for you. This home has a lot of charm with wood ceilings and bay windows. Spend time entertaining in the kitchen, which has a bay window that looks out to the pool area or spend a quiet night by the fireplace. You'll even have room to park an RV or any other toy. Just a little TLC and this home will look like a million dollars. Call today for your private tour.

## ADDITIONAL PICTURES

 

## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| MLS # | 200807504 | Bedrooms | 3 |
| Status | SOLD | Baths | 3 |
| Type | Single Family Detached | Stories | 1 Story |
| Address | 9544 ATHENA WAY | Bonus Room | No |
| Cross Street | Lott Rd | Garage | Yes |
| City | Durham | RV Parking | Yes |
| State | CA | Fireplace | Yes |
| Zip | 95938-9691 | Pool | No |
| Area | 1I-Durham | | |
| Class | RESIDENTIAL | | |
| Asking Price | $450,000 | | |
| Sale/Rent | For Sale | | |
| IDX Include | Yes | | |
| | Virtual Tour | | |

## GENERAL

| | | | |
|---|---|---|---|
| Board | Chico | County | Butte |
| Year Built | 1987 | Approx. SQFT | 2492 |
| Price per SQFT | 180.58 | Approx. Acres | 1.00 |
| AP # | 040-580-046-000 | Listing Type | Exclusive Right |
| Under Construction (Y/N) | No | Occupied By | Owner |
| Occupant Name | Wedin, Keith & Jan | Occupant Phone | (530) 894-2273 |
| Sign (Y/N) | Yes | To Show | Appt. Only |
| Owners Name | Wedin, Keith & Jan | Agent | ROBIN FOX - (530) 894-0789 |
| Listing Office 1 | SOLID ROCK REALTY - Offc (530) 894-0789 | Variable Comm. (Y/N) | No |
| Comm. Selling Office | 4% | HOA/CID | No |
| Short Sale | No | REO | No |
| Listing Date | 7/30/2008 | Expiration Date | 5/20/2009 |
| Estimated COE | 10/25/2008 | Off Market Date | 7/30/2008 |
| Associated Document Count | 0 | Original Price | $450,000 |
| Directions | Take the Midway to Durham Dayton Hwy, 1.4 miles L on Lott Rd, 0.4 miles to R on Aubry Ct to Athena. | Cumulative DOM | 0 |
| Update Date | 11/4/2008 | Status Date | 11/4/2008 |
| HotSheet Date | 11/4/2008 | Price Date | 11/4/2008 |
| Input Date | 7/30/2008 | | |

## FEATURES

**SEWER**
Septic
**WATER**
Private Well
**HEATING**
Forced Air
Wood Stove

**COOLING**
Forced Air
**GAS & ELECTRIC**
Natural Gas
Electric
**FIREPLACE**
Wood Stove
**SPECIAL FEATURES & AMEN.**
Skylight(s)
Water Softener
Vaulted Ceiling
Ceiling Fan(s)
Whole House Fan
Smoke Detector
Dual Pane Windows
Walk in Closet

**KITCHEN**
Gas Range/Oven
Elec. Range/Oven
Disposal
Dishwasher
Microwave
Dining Nook
Eating Bar
**LAUNDRY**
Inside
Electric Hook Up
**SIDING**
Stucco
Wood
**ROOFING**
Composition Shingle
**EXTERIOR AMENITIES**
Covered Deck/Patio
**GARAGE**
Attached-3+

**YARD**
Fenced Part
Sprinkler Auto
Family Orchard
Mature Trees
Drip System
Garden Area
Front
Rear
**RV PARKING**
Over 30 ft.
**LOT FEATURES**
Cul-De-Sac
Level
Rural Setting

## SOLD STATUS

| | | | |
|---|---|---|---|
| How Sold | Conventional | Seller Concessions | No |
| Contract Date | 7/30/2008 | Closing Date | 10/30/2008 |
| Sold Price | $440,000 | Sold Price per SQFT | 176.57 |
| Selling Agent 1 | MARK CHRISCO - (530) 896-9345 | Selling Office 1 | REMAX OF CHICO - OFFICE (530) 896-9300 |

**CONFIDENTIAL COMMENTS**

Due to potential tax consequences, owner states escrow must close no sooner than Oct 25, 2008. NOT A MISTAKE: 4% commission to selling agent! Owner is home frequently, but requests showing appointments be made through Listing Broker's office. Owner also requests only serious buyers view property. Property sits on private road and is maintained by neighbors with periodic maintenance needed every few years. Last year, seller's contribution to road maintenance was approximately $200.

**REMARKS**

Picturesque 3 bedroom, 3 bath home in pleasant rural setting on 1 acre. Brand-new roof in Oct 2007. New carpet 18 months ago. This well loved and well cared for home has tons of amenities for a growing family, career couple with lots of room inside & out for entertaining. The family room features a vaulted ceiling. Dual pane windows & ceiling fans throughout house. Whole house fan. Property has a mandarin orchard, grapevines, plus several other fruit trees: peach, pear, grapefruit & lemon. Lovely garden.

**ADDENDUM**

Master bath has tiled double sink.

**ADDITIONAL PICTURES**

   



**DISCLAIMER**

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.



| | | | | |
|---|---|---|---|---|
| **MLS #** | 200606502 | **Bedrooms** | 2 |
| **Status** | WITHDRAWN | **Baths** | 1.75 |
| **Type** | Single Family Detached | **Stories** | 1 Story |
| **Address** | 6277 OLIVER RD | **Bonus Room** | Yes |
| **Cross Street** | Bille | **Garage** | No |
| **City** | Paradise | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95969 | **Pool** | No |
| **Area** | 2A-Paradise | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $289,500 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

**GENERAL**

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1960 | **Approx. SQFT** | 1388 |
| **Price per SQFT** | 208.57 | **Approx. Acres** | 0.49 |
| **AP #** | 051-071-007 | **City/County** | City |
| **Zoning** | TR 1/3 | **Listing Type** | Exclusive Agency |
| **Master Bedroom** | 9.5 X11 | **Living Room** | 16.5 X 17 |
| **Bedroom #2** | 9.5 X9.5 | **Family Room** | 11.5 X 31 |
| **Kitchen** | 8 X 14 | **Under Construction (Y/N)** | No |
| **Water Dist. Name** | Paradise | **Personal Property Inc.** | Refrigerator |
| **Occupied By** | Vacant | **Sign (Y/N)** | Yes |
| **To Show** | Go/Vacant | **Key Location** | Lockbox |
| **Agent** | DARIN E WILSON - (530) 899-4016 | **Tour Date** | 8/29/2006 |
| **Listing Office 1** | IMAGINE REALTY - (530) 899-4016 | **Variable Comm. (Y/N)** | No |
| **Comm. Selling Office** | 3% | **Listing Date** | 8/27/2006 |
| **Expiration Date** | 12/27/2006 | **Off Market Date** | 10/18/2006 |
| **Associated Document Count** | 0 | **Original Price** | $294,500 |
| **Directions** | Skyway to Oliver or Skyway to Bille Rd | **Cumulative DOM** | 52 |
| **Update Date** | 10/18/2006 | **Status Date** | 10/18/2006 |
| **HotSheet Date** | 10/18/2006 | **Price Date** | 9/13/2006 |
| **Input Date** | 8/27/2006 | **Days On Market** | 52 |

**FEATURES**

**WATER**
  Utility
**HEATING**
  Forced Air
**COOLING**
  Evaporated
**GAS & ELECTRIC**
  Natural Gas
  Electric
**FIREPLACE**
  Masonry
  Insert

**SPECIAL FEATURES & AMEN.**
  Skylight(s)
  Basement
  Ceiling Fan(s)
  Satellite
  High Speed Internet
  Smoke Detector
**KITCHEN**
  Gas Range/Oven
  Microwave
  Pantry
  Refrigerator
**LAUNDRY**
  Inside

**STYLE**
  Ranch
**FOUNDATION**
  Perimeter
**SIDING**
  Stucco
  Wood
**ROOFING**
  Composition Shingle
**EXTERIOR AMENITIES**
  Uncovered Deck/Patio
**GARAGE**
  Carport

**DETACHED STRUCTURES**
  Existing Guest
**YARD**
  Fenced Part
  Sprinklers
  Mature Trees
  Garden Area
**RV PARKING**
  Up to 30 ft.
**POSSESSION**
  COE

**CONFIDENTIAL COMMENTS**

Agent is Owner/agent. Buyer to verify all measurements

**REMARKS**

Charming home w/ oak floors and huge sunroom. Lots of possibilities. Detached private studio with separate yard. Cherry, Apple, Pear, Persimmon, Plum, & Fig Trees. Clean and easy to show.

## ADDITIONAL PICTURES








## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.



| | | | |
|---|---|---|---|
| **MLS #** | 200803895 | **Bedrooms** | 3 |
| **Status** | SOLD | **Baths** | 2 |
| **Type** | Single Family Detached | **Stories** | 1 Story |
| **Address** | 5914 DEL MAR AVE | **Bonus Room** | No |
| **Cross Street** | Elliott Road | **Garage** | Yes |
| **City** | PARADISE | **RV Parking** | Yes |
| **State** | CA | **Fireplace** | Yes |
| **Zip** | 95969 | **Pool** | No |
| **Area** | 2A-Paradise | | |
| **Class** | RESIDENTIAL | | |
| **Asking Price** | $195,500 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Paradise | **County** | Butte |
| **Year Built** | 1964 | **Approx. SQFT** | 1387 |
| **Price per SQFT** | 140.95 | **Approx. Acres** | 0.28 |
| **Lot Dimensions** | 134' x 92' | **AP #** | 053-190-061 |
| **City/County** | City | **Listing Type** | Exclusive Right |
| **Ad #** | 2085 | **Water Dist. Name** | PID |
| **Occupied By** | Vacant | **Lock Box #** | 00003466 |
| **Sign (Y/N)** | Yes | **To Show** | Go/Vacant |
| **Key Location** | Lockbox | **Owners Name** | Christopher and Julene Boza |
| **Agent** | JOHN E SINGER - (530) 990-3366 | **Tour Date** | 8/12/2008 |
| **Listing Office 1** | MACDONALD REALTY - MAIN (530) 8 77-0110 | **Variable Comm. (Y/N)** | No |
| **Comm. Selling Office** | 3% | **HOA/CID** | No |
| **Short Sale** | No | **REO** | No |
| **Listing Date** | 8/1/2008 | **Expiration Date** | 12/31/2008 |
| **Off Market Date** | 9/14/2008 | **Associated Document Count** | 0 |
| **Original Price** | $222,500 | **Directions** | From Clark Rd. travel East on Elliott Rd ., turn Left onto Del Mar Ave. House is on the Right. |
| **Cumulative DOM** | 38 | **Update Date** | 9/24/2008 |
| **Status Date** | 9/24/2008 | **HotSheet Date** | 9/24/2008 |
| **Price Date** | 9/24/2008 | **Input Date** | 4/21/2008 |
| **Days On Market** | 38 | **Days On MLS** | 140 |

## FEATURES

| | | | |
|---|---|---|---|
| **SEWER** | **GAS & ELECTRIC** | **FOUNDATION** | **YARD** |
| Septic | Natural Gas | Perimeter | Fenced Full |
| **WATER** | Electric | **SIDING** | **RV PARKING** |
| Private Assoc./Dist. | **FIREPLACE** | Wood | Up to 30 ft. |
| **HEATING** | Insert | **ROOFING** | **LOT FEATURES** |
| Forced Air | **SPECIAL FEATURES & AMEN.** | Composition Shingle | Level |
| Gas | Separate Master | **EXTERIOR AMENITIES** | Paved Street |
| Wood Stove | Ceiling Fan(s) | Covered Deck/Patio | **POSSESSION** |
| **COOLING** | **KITCHEN** | **GARAGE** | COE |
| Forced Air | Elec. Range/Oven | Attached-2 | |
| | Dishwasher | **DETACHED STRUCTURES** | |
| | | Shed | |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Seller Concessions** | No |
| **Contract Date** | 9/14/2008 | **Closing Date** | 9/23/2008 |
| **Sold Price** | $180,000 | **Sold Price per SQFT** | 129.78 |
| **Selling Agent 1** | SUE MAWER - (530) 872-6803 | **Selling Office 1** | CENTURY 21 SELECT REAL ESTATE - Main (530) 872-7653 |

## CONFIDENTIAL COMMENTS

** ATTEN: PRICE REDUCTION FOR QUICK SALE!! PLEASE BRING YOUR OFFERS TODAY!! ** Septic and Termite Inspections available for your review.

## REMARKS

#2085 A lovely 3 BR / 2 BATH home that is in a very desirable neighborhood. Great floor plan with a large Master Bedroom and Bath. This home needs a little TLC. This home is a perfect opportunity and well worth the effort due to the surrounding neighborhood. The woodstove heats the whole home very comfortably. A newer Heat/Air unit installed 8/04, newer fireplace insert in 2003 and new Dishwasher in 2007. All information taken from Sellers, County Records & FastWeb. Buyers to verify to their satisfaction

## ADDITIONAL PICTURES













## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| MLS # | 200805319 | Bedrooms | 3 |
| Status | SOLD | Baths | 1.5 |
| Type | Single Family Detached | Stories | 1 Story |
| Address | 810 WINDSOR DR | Bonus Room | Yes |
| Cross Street | QUEEN | Garage | No |
| City | PARADISE | RV Parking | Yes |
| State | CA | Fireplace | Yes |
| Zip | 95969 | Pool | No |
| Area | 2A-Paradise | | |
| Class | RESIDENTIAL | | |
| Asking Price | $189,900 | | |
| Sale/Rent | For Sale | | |
| IDX Include | Yes | | |
| | Virtual Tour | | |

## GENERAL

| | | | |
|---|---|---|---|
| Board | Chico | County | Butte |
| Year Built | 1955 | Approx. SQFT | 1396 |
| Price per SQFT | 136.03 | Approx. Acres | 0.20 |
| AP # | 052-150-015 | City/County | County |
| Zoning | RS | Listing Type | Exclusive Right |
| Master Bedroom | 11.4X10.1 | Living Room | 18X12.3 |
| Bedroom #2 | 11.3X8.7 | Bedroom #3 | 11.3X10.1 |
| Dining Room | 9X9.4 | Kitchen | 15.7X8.8 |
| Office/Den | 21.3X9.10 | Under Construction (Y/N) | No |
| Water Dist. Name | UTILITY | Occupied By | Owner |
| Occupant Name | KEN & BRENDA | Occupant Phone | 877-7381 |
| Sign (Y/N) | Yes | To Show | Call First/Go |
| Key Location | Lockbox | Owners Name | KEN & BRENDA |
| Agent | ALLY GIBSON - (530) 518-2559 | Tour Date | 6/3/2008 |
| Listing Office 1 | CENTURY 21 JEFFRIES-LYDON - Offc (530) 345-6618 | Variable Comm. (Y/N) | No |
| Comm. Selling Office | 3 | Auction (Y/N) | No |
| Limited Service (Y/N) | No | MLS Entry Only (Y/N) | No |
| HOA/CID | No | Short Sale | No |
| REO | No | Range Pricing (Y/N) | No |
| Listing Date | 5/28/2008 | Expiration Date | 11/28/2008 |
| Off Market Date | 6/25/2008 | Associated Document Count | 0 |
| Original Price | $189,900 | Cumulative DOM | 28 |
| Update Date | 7/22/2008 | Status Date | 7/22/2008 |
| HotSheet Date | 7/22/2008 | Price Date | 7/22/2008 |
| Input Date | 5/28/2008 | Days On Market | 28 |
| Days On MLS | 28 | | |

## FEATURES

| | | | |
|---|---|---|---|
| **SEWER** | | **SPECIAL FEATURES & AMEN.** | **FOUNDATION** | **YARD** |

SEWER
 Septic

SPECIAL FEATURES & AMEN.
 Ceiling Fan(s)
 High Speed Internet
 Smoke Detector
 Den/Office

FOUNDATION
 Perimeter

YARD
 Fenced Full
 Sprinkler Auto

WATER
 Utility

SIDING
 Wood

RV PARKING
 Up to 30 ft.

HEATING
 Forced Air
 Gas

KITCHEN
 Gas Range/Oven

ROOFING
 Composition Shingle

LOT FEATURES
 Cul-De-Sac
 Level
 Paved Street

COOLING
 Forced Air

LAUNDRY
 Inside

EXTERIOR AMENITIES
 Uncovered Deck/Patio

GAS & ELECTRIC
 Natural Gas

STYLE
 Bungalow

GARAGE
 Carport

POSSESSION
 COE

FIREPLACE
 Pellet

DETACHED STRUCTURES
 Shed
 Shop

## SOLD STATUS

| | | | |
|---|---|---|---|
| How Sold | Conventional | Seller Concessions | No |
| Contract Date | 6/25/2008 | Closing Date | 7/18/2008 |
| Sold Price | $175,000 | Sold Price per SQFT | 125.36 |
| Selling Agent 1 | STEVE VALENCIA - (530) 343-5111 | Selling Office 1 | CHICO DISCOUNT REALTY - Offc (530) 343-5111 |

## CONFIDENTIAL COMMENTS

LOCKBOX IN TREE TO RIGHT OF DOOR. COUNTY RECORDS REFLECT 3 BED 1 BATH. SEPTIC TANK IS 2 BED TANK. THIRD BED HAS CLOSET.

## REMARKS

THIS 3 BEDROOM 1.5 BATHROOM HOME IS LOCATED AT THE END OF A CUL-DE-SAC, CLOSE TO PARK SCHOOLS AND SHOPPING. THIS HOME FEATURES CENTRAL HEAT AND AIR, NEWER SEPTIC SYSTEM, NEW ROOF, ENCLOSED SHOP, HARDWOOD FLOORS UNDERNEATH CARPETING AND A LARGE BONUS ROOM. ENJOY WATCHING THE SQUIRRELS AND HUMMINGBIRDS PLAY WHILE RELAXING ON THE DECK NEXT TO THE POTTING SHED AND LISTENING TO THE SOUNDS OF THE WATERFALL IN THE POND.

## ADDITIONAL PICTURES

   

   



## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL

| | | | |
|---|---|---|---|
| MLS # | 200808535 | Bedrooms | 3 |
| Status | SOLD | Baths | 2 |
| Type | Single Family Detached | Stories | 1 Story |
| Address | 743 BILLE RD | Bonus Room | No |
| Cross Street | GRAHAM | Garage | Yes |
| City | PARADISE | RV Parking | Yes |
| State | CA | Fireplace | Yes |
| Zip | 95969 | Pool | No |
| Area | 2A-Paradise | | |
| Class | RESIDENTIAL | | |
| Asking Price | $195,000 | | |
| Sale/Rent | For Sale | | |
| IDX Include | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| Board | Paradise | County | Butte |
| Year Built | 1961 | Approx. SQFT | 1283 |
| Price per SQFT | 151.99 | AP # | 051-092-038 |
| Zoning | SFR | Listing Type | Probate |
| Water Dist. Name | PID | To Show | Call Agent |
| Agent | HEIDI WRIGHT - (530) 872-5890 | Listing Office 1 | RE/MAX OF PARADISE - MAIN (530) 872-5880 |
| Variable Comm. (Y/N) | No | Comm. Selling Office | 3 |
| HOA/CID | No | Short Sale | No |
| REO | No | Listing Date | 8/28/2008 |
| Expiration Date | 8/28/2009 | Off Market Date | 8/28/2008 |
| Associated Document Count | 0 | Original Price | $195,000 |
| Cumulative DOM | 0 | Update Date | 10/10/2008 |
| Status Date | 10/10/2008 | HotSheet Date | 10/10/2008 |
| Price Date | 8/29/2008 | Input Date | 8/29/2008 |

## FEATURES

| SEWER | FIREPLACE | STYLE | DETACHED STRUCTURES |
|---|---|---|---|
| Septic | Insert | Contemporary | Shop |
| WATER | SPECIAL FEATURES & AMEN. | ROOFING | YARD |
| Private Assoc./Dist. | Handicap Amenities | Composition Shingle | Fenced Full |
| HEATING | Smoke Detector | GARAGE | RV PARKING |
| Wood Stove | KITCHEN | Attached-2 | Unknown/Potential |
| GAS & ELECTRIC | Refrigerator | | LOT FEATURES |
| Natural Gas | LAUNDRY | | Level |
| Electric | In Garage | | Paved Street |

## SOLD STATUS

| | | | |
|---|---|---|---|
| How Sold | Cash | Seller Concessions | No |
| Contract Date | 8/28/2008 | Closing Date | 10/7/2008 |
| Sold Price | $195,000 | Sold Price per SQFT | 151.99 |
| Selling Agent 1 | HEIDI WRIGHT - (530) 872-5890 | Selling Office 1 | RE/MAX OF PARADISE - MAIN (530) 872-5880 |

## REMARKS

CUTE HOME WONDERFULLY CARED FOR. WOOD FLOORS IN BEDROOMS, NEWER CARPET IN LIVING AREA. DETACHED SHOP IN ADDITION TO ATTACHED GARAGE. LEVEL LOT GREAT AREA FOR GARDEN. PLEASE USE PROBATE PURCHASE AGREEMENT. ALL INFORMATION FROM PROPERTY PROFILE NOT VERIFIED BY AGENT. BUYER TO INVESTIGATE TO THEIR FULL CONTRACTUAL SATISFACTION.

## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| **MLS #** | 200703034 | **Total # Of Buildings** | 1 |
| **Status** | SOLD | | |
| **Type** | Duplex | | |
| **Address** | 59 & 61 ST FRANCIS DR | | |
| **Cross Street** | Hooker Oak | | |
| **City** | Chico | | |
| **State** | CA | | |
| **Zip** | 95926 | | |
| **Area** | 1D-Chico (central east) | | |
| **Class** | RESIDENTIAL INCOME | | |
| **Asking Price** | $299,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1967 | **Approx. SQFT** | 2100 |
| **Price per SQFT** | 142.38 | **Listing Type** | Exclusive Right |
| **Approx. Lot SQFT** | 8711 | **Lot Acreage** | 0.20 |
| **AP #** | 045-620-040 | **City/County** | City |
| **Ann. Gross Schd. Income** | 21,300 | **#1 Bedrooms** | 3 |
| **#1 Baths** | 2 | **#1 Rent/Unit** | 850 |
| **#2 Bedrooms** | 3 | **#2 Baths** | 2 |
| **#2 Rent/Unit** | 925 | **Total Units** | 2 |
| **Managers Name** | Reliable Prop Mgt | **Managers Phone** | 895-1717 |
| **To Show** | Appt. Only | **Agent** | DAVID HECTOR - (530) 893-5533 |
| **Listing Office 1** | DAVID HECTOR REAL ESTATE - Offc (530) 893-5533 | **Variable Comm. (Y/N)** | Yes |
| **Comm. Selling Office** | 2.5 | **HOA/CID** | No |
| **Short Sale** | No | **REO** | No |
| **Listing Date** | 4/30/2007 | **Expiration Date** | 7/31/2008 |
| **Off Market Date** | 6/1/2008 | **Cumulative DOM** | 398 |
| **Update Date** | 7/8/2008 | **Status Date** | 7/8/2008 |
| **HotSheet Date** | 7/8/2008 | **Price Date** | 12/20/2007 |
| **Input Date** | 4/30/2007 | **Associated Document Count** | 0 |
| **Original Price** | $349,000 | **Days On Market** | 398 |
| **Days On MLS** | 398 | | |

## FEATURES

| **SEWER** | **KITCHEN** | **STYLE** | **GARAGE** |
|---|---|---|---|
| Sewer | Electric Range/Oven | Contemporary | Attached-1 |
| **WATER** | Disposal | **SIDING** | **LOT FEATURES** |
| Utility | Dishwasher | Stucco | Paved Street |
| **HEATING** | Dining Nook | **ROOFING** | Curb & Gutter |
| Forced Air | **LAUNDRY** | Composition Shingle | Corner |
| **COOLING** | In Garage | | |
| Forced Air | | | |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Seller Concessions** | Yes |
| **Concession Remarks** | $6,000 + new $2,700 heater | **Contract Date** | 6/1/2008 |
| **Closing Date** | 7/3/2008 | **Sold Price** | $299,000 |
| **Sold Price per SQFT** | 142.38 | **Selling Agent 1** | JANE WILLOUGHBY - (530) 354-5415 |
| **Selling Office 1** | CHICO GINTER & BROWN - Offc (530) 345-6111 | | |

## CONFIDENTIAL COMMENTS

Call tenant for appointment. # 61 - Sandy Smalley 342-4856. # 59 - Jarrod 828-2052. David Hector (893-5533) has keys to both units. tenants work. no LB. for more information including photos go to www.davidhector.com

## REMARKS

Unit 59 leased at $925/mo to 2/28/09. Unit 61 rented at $850/mo on mo/mo. Year built, sq ft and lot size obtained from county records & therefore not guaranteed-buyer advised to verify.

**DISCLAIMER**

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| **MLS #** | 200805980 | **Total # Of Buildings** | 1 |
| **Status** | SOLD | | |
| **Type** | Duplex | | |
| **Address** | 1156 OAKDALE ST | | |
| **Cross Street** | W. 11th street | | |
| **City** | chico | | |
| **State** | CA | | |
| **Zip** | 95928 | | |
| **Area** | 1E-Chico (south) | | |
| **Class** | RESIDENTIAL INCOME | | |
| **Asking Price** | $250,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1950 | **Approx. SQFT** | 1467 |
| **Price per SQFT** | 170.42 | **Listing Type** | Exclusive Right |
| **Lot Dimensions** | 60x72 | **AP #** | 005-131-009 |
| **City/County** | City | **Bond/Asmt (Y/N)** | No |
| **Ann. Gross Schd. Income** | 19,200 | **GRM** | 14.01 |
| **#1 Units** | 1 | **#1 Bedrooms** | 2 |
| **#1 Baths** | 1 | **#1 Rent/Unit** | 900 |
| **#2 Units** | 1 | **#2 Bedrooms** | 3 |
| **#2 Baths** | 1 | **#2 Rent/Unit** | 700 |
| **Common Wall (Y/N)** | No | **Under Construction (Y/N)** | No |
| **Adj. Prop. Sale** | No | **Occupant Name** | vacant |
| **To Show** | Go/Vacant | **Key Location** | Lockbox |
| **Owners Name** | Rafter | **Agent** | BREWSTER BEATTIE - (530) 809-3702 |
| **Listing Office 1** | KELLER WILLIAMS REALTY CHICO AREA - OFFICE (530) 809-3700 | **Variable Comm. (Y/N)** | No |
| **Comm. Selling Office** | 3 | **Auction (Y/N)** | No |
| **Limited Service (Y/N)** | No | **MLS Entry Only (Y/N)** | No |
| **HOA/CID** | No | **Short Sale** | No |
| **REO** | No | **Range Pricing (Y/N)** | No |
| **Listing Date** | 6/16/2008 | **Expiration Date** | 9/3/2008 |
| **Off Market Date** | 7/23/2008 | **Cumulative DOM** | 37 |
| **Update Date** | 9/8/2008 | **Status Date** | 9/8/2008 |
| **HotSheet Date** | 9/8/2008 | **Price Date** | 9/8/2008 |
| **Input Date** | 6/16/2008 | **Associated Document Count** | 6 |
| **Directions** | take W. 11th St to Oakdale | **Original Price** | $269,000 |
| **Days On Market** | 37 | **Days On MLS** | 37 |

## FEATURES

| | | | |
|---|---|---|---|
| **SEWER** | | **GAS & ELECTRIC** | **STYLE** | **DETACHED STRUCTURES** |

| | | | |
|---|---|---|---|
| **SEWER** | **GAS & ELECTRIC** | **STYLE** | **DETACHED STRUCTURES** |
| Sewer | Natural Gas | Bungalow | Shed |
| **WATER** | **SPECIAL FEATURES & AMEN.** | **FOUNDATION** | **YARD** |
| Utility | Dual Pane Windows | Perimeter | Fenced Full |
| **HEATING** | **KITCHEN** | **SIDING** | **LOT FEATURES** |
| Gas | Gas Range/Oven | Wood | Curb & Gutter |
| Wall/Floor | **LAUNDRY** | **ROOFING** | Sidewalks |
| **COOLING** | Inside | Composition Shingle | |
| Window/Wall | | | |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | FHA | **Seller Concessions** | Yes |
| **Concession Remarks** | 10,000 | **Contract Date** | 7/23/2008 |
| **Closing Date** | 9/4/2008 | **Sold Price** | $260,000 |
| **Sold Price per SQFT** | 177.23 | **Selling Agent 1** | Daniel K Beveridge - (530) 680-3852 |
| **Selling Office 1** | PRUDENTIAL CALIFORNIA REALTY - Offc (530) 342-6100 | | |

## CONFIDENTIAL COMMENTS

Property is vacant while it is on the market for easy showing & so parent investors can put their students in for the fall semester. Sq.ft, lot size and age taken rom tax rolls

## REMARKS

2 bed 1 bath unit upstairs. 2bed 1 bath unit downstairs. In the past the upstairs has rented for $900.00. In the past Downstairs has rented for $700.00. Detached Shed helps with storage. there is inside laundry

## ADDITIONAL PICTURES

   

   



## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| **MLS #** | 200807947 | **Total # Of Buildings** | 2 |
| **Status** | SOLD | | |
| **Type** | Duplex | | |
| **Address** | 569 E 8TH STREET | | |
| **Cross Street** | Olive | | |
| **City** | Chico | | |
| **State** | CA | | |
| **Zip** | 95928 | | |
| **Area** | 1D-Chico (central east) | | |
| **Class** | RESIDENTIAL INCOME | | |
| **Asking Price** | $312,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1989 | **Approx. SQFT** | 1685 |
| **Price per SQFT** | 185.16 | **Listing Type** | Exclusive Right |
| **AP #** | 004-441-010 | **Zoning** | R1 |
| **#1 Bedrooms** | 2 | **#1 Baths** | 2 |
| **#1 Rent/Unit** | 850 | **#2 Bedrooms** | 1 |
| **#2 Baths** | 1 | **Total Units** | 2 |
| **Common Wall (Y/N)** | No | **Under Construction (Y/N)** | No |
| **Occupant Name** | Larry | **Occupant Phone** | 343-7499 |
| **Lock Box #** | Back Unit | **To Show** | Call First/Go |
| **Key Location** | Lockbox | **Owners Name** | Sloan |
| **Agent** | SHERRIE O'HEARN - (530) 896-3107 | **Listing Office 1** | COLDWELL BANKER DUFOUR REALTY - Offc (530) 895-1545 |
| **Variable Comm. (Y/N)** | No | **Comm. Selling Office** | 3 |
| **HOA/CID** | No | **Short Sale** | No |
| **REO** | No | **Listing Date** | 8/12/2008 |
| **Expiration Date** | 11/12/2008 | **Off Market Date** | 8/22/2008 |
| **Cumulative DOM** | 10 | **Update Date** | 9/19/2008 |
| **Status Date** | 9/19/2008 | **HotSheet Date** | 9/19/2008 |
| **Price Date** | 9/19/2008 | **Input Date** | 8/13/2008 |
| **Associated Document Count** | 0 | **Original Price** | $312,000 |
| **Days On Market** | 10 | **Days On MLS** | 9 |

## FEATURES

| **SEWER** | **GAS & ELECTRIC** | **STYLE** | **GARAGE** |
|---|---|---|---|
| Sewer | Natural Gas | Contemporary | Attached-1 |
| **WATER** | **KITCHEN** | **FOUNDATION** | Attached-2 |
| Utility | Electric Range/Oven | Slab | **YARD** |
| **HEATING** | Disposal | **SIDING** | Fenced Full |
| Forced Air | Dishwasher | Wood | Fenced Part |
| **COOLING** | **LAUNDRY** | **ROOFING** | Sprinklers |
| Forced Air | Inside | Composition Shingle | |
| | In Garage | | |

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Cash | **Contract Date** | 8/22/2008 |
| **Closing Date** | 9/18/2008 | **Sold Price** | $305,000 |
| **Sold Price per SQFT** | 181.01 | **Selling Agent 1** | DARCY JOHNSON - (530) 896-3139 |
| **Selling Office 1** | COLDWELL BANKER DUFOUR REALTY - Offc (530) 895-1545 | | |

## CONFIDENTIAL COMMENTS

Front home is occupied and easy to show, clean and tidy. Back unit is off alley and vacant w/lock box, and has new carpet, paint and vinyl. Square footage, lot size, yr built and zoning from county records, buyer to verify.

## REMARKS

2 homes on one lot, both houses have attached garages.








**DISCLAIMER**

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

# Bidwell Title & Escrow Company

**500 Wall Street**
**Chico, Ca 95928**
**Phone (530) 894-2612 Fax (530) 894-7647**

| | | | |
|---|---|---|---|
| Parcel Number: | 005-204-005-000 | Phone: | |
| Owner1: | WILSON FAMILY REVOC TRUST | Pg-Grd: | |
| Owner2: | | Census: | 0013.002 |
| Site Address: | 1543 LOCUST ST | Zoning: | |
| Site City/State: | CHICO CA          95928 | Flood Panel: | |
| Mail Address: | 630 EARL AVE | Ownership: | |
| Mail City/State: | CHICO CA          95928 | | |
| Legal Description: | 1543 LOCUST ST | | |

## Property Characteristics

| | |
|---|---|
| Use Description: | MULTIPLE          R7 |
| Year Built: | 1940 |
| # Rooms: | |
| Bed / Bath: | 3/2.0 |
| # Stories: | |
| # Units: | |
| Square Feet: | 2,136 |
| Floor1: | |
| Floor2: | |
| Additions: | |
| Basement: | |
| Lot Size: | 8,712 |
| Dimens: | |
| Construction: | WOOD FRAME |
| Quality: | 6.0 |
| Shape: | RECTANGLE |
| Garage Type: | |
| Cool: | EVAPOR |
| # Fire Places: | |
| PoolSF: | |

## Sale/Loan Information

| | |
|---|---|
| Sale Date: | 04/16/2004 |
| Sale Amount: | $264,000 F |
| Document Number: | 21773 |
| 1st Trust Deed: | $211,200 |
| +Addl: | |
| Cost/Square Foot: | $123.60 |
| Loan Type: | /VAR/ |
| Buyer: | WILSON FAMILY |
| Seller: | IKE,TR |
| Lender: | GREENPOINT MORTG |
| Title Company: | MID VALLEY TITLE |
| Last Trans W/O $: | 12/14/2006 |
| Doc #: | 65390 |

### Prior Sale Information

| | |
|---|---|
| Previous Date: | |
| Previous Amount: | |

## Assessment/Tax Information

| | |
|---|---|
| Assessed Value: | $298,244 |
| Land Value: | $119,089 |
| Improvement: | $179,155 |
| % Improvement: | 60% |
| Tax Amount: | $3,083.80 |
| Status: | CUR |
| Tax Rate Area: | 002364 |
| Exempt: | |
| Tax Year: | 2007-2008 |

## Prepared By

*Customer Service*

**THE ABOVE INFORMATION IS SOURCED FROM PUBLIC DOCUMENTS AND IS NOT GUARANTEED**
**Copyright (C) 1998 Acxiom Corporation**

## ALL FIELDS DETAIL



| | | | |
|---|---|---|---|
| **MLS #** | 200801987 | **Total # Of Buildings** | 1 |
| **Status** | SOLD | | |
| **Type** | 5-15 Units | | |
| **Address** | 1240 WARNER ST | | |
| **Cross Street** | 4TH AVE | | |
| **City** | CHICO | | |
| **State** | CA | | |
| **Zip** | 95926 | | |
| **Area** | 1C-Chico (central west) | | |
| **Class** | RESIDENTIAL INCOME | | |
| **Asking Price** | $499,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **Complex/Subdivision** | 6-PLEX |
| **County** | Butte | **Year Built** | 1917 |
| **Approx. SQFT** | 4500 | **Price per SQFT** | 110.89 |
| **Listing Type** | Exclusive Right | **Approx. Lot SQFT** | 9500 |
| **Lot Acreage** | 0.22 | **Lot Dimensions** | 54X175 |
| **AP #** | 003-051-027 | **City/County** | City |
| **Zoning** | CITY | **Bond/Asmt (Y/N)** | No |
| **Ann. Gross Schd. Income** | 44,100 | **#1 Units** | 1 |
| **#1 Bedrooms** | 2 | **#1 Baths** | 1 |
| **#1 Rent/Unit** | 800 | **#2 Units** | 2 |
| **#2 Bedrooms** | 2 | **#2 Baths** | 1 |
| **#2 Rent/Unit** | 600 | **#3 Units** | 1 |
| **#3 Bedrooms** | 1 | **#3 Baths** | 1 |
| **#3 Rent/Unit** | 575 | **#4 Units** | 2 |
| **#4 Bedrooms** | 1 | **#4 Baths** | 1 |
| **#4 Rent/Unit** | 550 | **Total Units** | 6 |
| **Common Wall (Y/N)** | Yes | **Under Construction (Y/N)** | No |
| **Adj. Prop. Sale** | No | **Managers Name** | OWNER |
| **Lock Box #** | NONE YET | **To Show** | Call Agent |
| **Key Location** | Lockbox | **Owners Name** | OF RECORD |
| **Agent** | FRANK ZEBLEY - (530) 519-5616 | **Listing Office 1** | ZEBLEY & ASSOCIATES - Offc (530) 895-8102 |
| **Variable Comm. (Y/N)** | No | **Comm. Selling Office** | 2.5 |
| **Auction (Y/N)** | No | **Limited Service (Y/N)** | No |
| **MLS Entry Only (Y/N)** | No | **HOA/CID** | No |
| **Short Sale** | No | **REO** | No |
| **Range Pricing (Y/N)** | No | **Listing Date** | 2/28/2008 |
| **Expiration Date** | 12/31/2008 | **Off Market Date** | 9/1/2008 |
| **Cumulative DOM** | 186 | **Update Date** | 10/9/2008 |
| **Status Date** | 10/9/2008 | **HotSheet Date** | 10/9/2008 |
| **Price Date** | 10/9/2008 | **Input Date** | 2/29/2008 |
| **Associated Document Count** | 0 | **Original Price** | $519,000 |
| **Days On Market** | 186 | **Days On MLS** | 185 |

## FEATURES

**SEWER**
Sewer
**WATER**
Utility
**HEATING**
Gas
**COOLING**
Window/Wall
**GAS & ELECTRIC**
Natural Gas
Electric
**FIREPLACE**
Masonry
Gas

**SPECIAL FEATURES & AMEN.**
Basement
Vaulted Ceiling
High Speed Internet
Smoke Detector
Cable
**KITCHEN**
Gas Range/Oven
Refrigerator
**LAUNDRY**
Inside
Common
Coin Op
Gas Hook Up
Electric Hook Up
**STYLE**
Charmer

**FOUNDATION**
Perimeter
**SIDING**
Stucco
Wood
Brick/Stone
**ROOFING**
Composition Shingle
**EXTERIOR AMENITIES**
Uncovered Patio
Covered Patio
**YARD**
Fenced Part
Sprinklers
Sprinkler Auto
Mature Trees

**RV PARKING**
Unknown/Potential
**LOT FEATURES**
Paved Street
Curb & Gutter
Sidewalks
Street Light
Level
**TERMS**
Assumable
Submit
Cash

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Seller Concessions** | No |
| **Contract Date** | 9/1/2008 | **Closing Date** | 10/8/2008 |
| **Sold Price** | $430,000 | **Sold Price per SQFT** | 95.56 |
| **Selling Office 1** | ZEBLEY & ASSOCIATES - Offc (530) 895-8102 | **Selling Office 2** | ZEBLEY & ASSOCIATES - Offc (530) 895-8102 |

## CONFIDENTIAL COMMENTS

NO LOCK BOX YET, WILL BE SOON, CALL L.O. FOR SHOWINGS

## REMARKS

CHARM AND CHARACTER VINTAGE HOME DIVIDED INTO 6 UNITS, EACH WITH OWN UTILITIES, PARKING IN REAR WITH PAVED ALLEY. $335,000 ASSUMABLE PRIVATE FINANCING, TOTAL MONTHLY RENTS $3,675. NEW ROOF IN 2007, PRIDE OF OWNERSHIP THROUGH-OUT. GREAT PROPERTY FOR OWNER OCCUPANT OR INVESTOR!!

## ADDITIONAL PICTURES

   

   

 

## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL

| | | | |
|---|---|---|---|
| MLS # | 200805592 | Total # Of Buildings | 1 |
| Status | SOLD | | |
| Type | 5-15 Units | | |
| Address | 193 E 1ST AVENUE | | |
| Cross Street | Esplanade | | |
| City | Chico | | |
| State | CA | | |
| Zip | 95926 | | |
| Area | 1C-Chico (central west) | | |
| Class | RESIDENTIAL INCOME | | |
| Asking Price | $490,000 | | |
| Sale/Rent | For Sale | | |
| IDX Include | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| Board | Chico | County | Butte |
| Year Built | 1968 | Approx. SQFT | 5020 |
| Price per SQFT | 97.61 | Listing Type | Exclusive Agency |
| AP # | 003-104-005 | City/County | City |
| #1 Bedrooms | 2 | #1 Baths | 1 |
| Total Units | 6 | Common Wall (Y/N) | Yes |
| Under Construction (Y/N) | No | Adj. Prop. Sale | No |
| Managers Name | Reliable | To Show | 24 Hour Notice |
| Key Location | Other | Agent | NON MLS AGENT NON MLS |
| Listing Office 1 | NON MLS MEMBER - | Variable Comm. (Y/N) | No |
| Comm. Selling Office | 3 | HOA/CID | No |
| Short Sale | No | REO | No |
| Listing Date | 4/11/2008 | Expiration Date | 6/11/2008 |
| Off Market Date | 4/11/2008 | Cumulative DOM | 0 |
| Update Date | 6/4/2008 | Status Date | 6/4/2008 |
| HotSheet Date | 6/4/2008 | Price Date | 6/4/2008 |
| Input Date | 6/4/2008 | Associated Document Count | 0 |
| Original Price | $490,000 | | |

## FEATURES

| **SEWER** | **GAS & ELECTRIC** | **ROOFING** |
|---|---|---|
| Sewer | Natural Gas | Composition Shingle |
| **WATER** | **LAUNDRY** | **LOT FEATURES** |
| Utility | Coin Op | Paved Street |
| **HEATING** | **STYLE** | Curb & Gutter |
| Forced Air | Contemporary | Sidewalks |
| Wall/Floor | | Street Light |
| | | Level |

## SOLD STATUS

| | | | |
|---|---|---|---|
| How Sold | Exchange | Contract Date | 4/11/2008 |
| Closing Date | 6/2/2008 | Sold Price | $490,000 |
| Sold Price per SQFT | 97.61 | Selling Agent 1 | STEVE DEPA - (530) 896-9339 |
| Selling Office 1 | REMAX OF CHICO - OFFICE (530) 896-9300 | | |

## DISCLAIMER

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

## ALL FIELDS DETAIL



| | | | | |
|---|---|---|---|---|
| **MLS #** | 200801108 | **Total # Of Buildings** | 1 |
| **Status** | SOLD | | |
| **Type** | 5-15 Units | | |
| **Address** | 1263 N CEDAR ST | | |
| **Cross Street** | 4th Ave | | |
| **City** | Chico | | |
| **State** | CA | | |
| **Zip** | 95926 | | |
| **Area** | 1C-Chico (central west) | | |
| **Class** | RESIDENTIAL INCOME | | |
| **Asking Price** | $699,000 | | |
| **Sale/Rent** | For Sale | | |
| **IDX Include** | Yes | | |

## GENERAL

| | | | |
|---|---|---|---|
| **Board** | Chico | **County** | Butte |
| **Year Built** | 1986 | **Approx. SQFT** | 7350 |
| **Price per SQFT** | 95.10 | **Listing Type** | Exclusive Right |
| **Lot Acreage** | 0.34 | **AP #** | 043-141-013 |
| **City/County** | City | **Ann. Gross Schd. Income** | 66,600 |
| **GRM** | 10.50 | **#1 Units** | A |
| **#1 Bedrooms** | 5 | **#1 Baths** | 3 |
| **#1 Rent/Unit** | 1100 | **#2 Units** | B |
| **#2 Bedrooms** | 5 | **#2 Baths** | 2 |
| **#2 Rent/Unit** | 1200 | **#3 Units** | C |
| **#3 Bedrooms** | 4 | **#3 Baths** | 2 |
| **#3 Rent/Unit** | 1050 | **#4 Units** | D |
| **#4 Bedrooms** | 4 | **#4 Baths** | 2 |
| **#4 Rent/Unit** | 1050 | **#5 Units** | E |
| **#5 Bedrooms** | 4 | **#5 Baths** | 2 |
| **#5 Rent/Unit** | 1150 | **Total Units** | 5 |
| **Common Wall (Y/N)** | Yes | **Under Construction (Y/N)** | No |
| **Occupant Name** | Tenants | **Lock Box #** | 95798 |
| **To Show** | Call Agent | **Key Location** | Lockbox |
| **Owners Name** | Manuel | **Agent** | BILL CAMPBELL - (530) 521-4611 |
| **Listing Office 1** | W.M. CAMPBELL REAL ESTATE - OFFICE (530) 342-9848 | **Variable Comm. (Y/N)** | No |
| **Comm. Selling Office** | 2.5 | **Auction (Y/N)** | No |
| **Limited Service (Y/N)** | No | **MLS Entry Only (Y/N)** | No |
| **HOA/CID** | No | **Short Sale** | No |
| **REO** | No | **Range Pricing (Y/N)** | No |
| **Listing Date** | 1/31/2008 | **Expiration Date** | 12/31/2008 |
| **Off Market Date** | 9/4/2008 | **Cumulative DOM** | 217 |
| **Update Date** | 10/12/2008 | **Status Date** | 10/12/2008 |
| **HotSheet Date** | 10/12/2008 | **Price Date** | 10/12/2008 |
| **Input Date** | 2/1/2008 | **Associated Document Count** | 0 |
| **Directions** | W. 4th Ave west to Cedar, left to subject property | **Original Price** | $699,000 |
| **Days On Market** | 217 | **Days On MLS** | 216 |

## FEATURES

**SEWER**
  Sewer
**WATER**
  Utility
**HEATING**
  Forced Air
**COOLING**
  Forced Air

**GAS & ELECTRIC**
  Natural Gas
  Electric
**FIREPLACE**
  Masonry
**SPECIAL FEATURES & AMEN.**
  Ceiling Fan(s)
  Smoke Detector
  Dual Pane Windows

**KITCHEN**
  Electric Range/Oven
  Disposal
  Dishwasher
  Refrigerator
**LAUNDRY**
  Inside

**FOUNDATION**
  Slab
**SIDING**
  Stucco
**ROOFING**
  Composition Shingle

## SOLD STATUS

| | | | |
|---|---|---|---|
| **How Sold** | Conventional | **Contract Date** | 9/4/2008 |
| **Closing Date** | 10/10/2008 | **Sold Price** | $635,000 |
| **Sold Price per SQFT** | 86.39 | **Selling Agent 1** | MARK LEIKER - (530) 894-0212 |
| **Selling Office 1** | PLAZA REALTORS - Offc (530) 894-0212 | | |

**CONFIDENTIAL COMMENTS**

All measurements and square footage numbers are approximate, Buyer to verify. Buyer to participate in Seller's 1031 Exchange at no cost to Buyer. To view units, call Sheraton, 342-2214 to post 24-hour notices. Listing agent has card to Security Gate if locked, may want to pick up at office before going out to be on safe side.

**REMARKS**

College area units. Features three 4 bed, 2 bath units, one 5 bed, 2 bath, and one 5 bed, 3 bath. Units are 2-story, with fireplaces, dual-pane windows, and forced-air heat & cool. Balconys upstairs. Lots of parking. Security gate in front, but is almost always open.

**ADDITIONAL PICTURES**

   



**DISCLAIMER**

This information is deemed reliable, but not guaranteed; this list of properties may represent listings of all the Real Estate Office Participants of the Sierra North Valley MLS and not just the Agent/Office which has provided this list.

# Bidwell Title & Escrow Company

**500 Wall Street**
**Chico, Ca 95928**
**Phone (530) 894-2612  Fax (530) 894-7647**

| | | | |
|---|---|---|---|
| Parcel Number: | 005-281-029-000 | | Phone: |
| Owner1: | OLSON,DONNA M TRUST | | Pg-Grd: |
| Owner2: | | | Census: 0012.002 |
| Site Address: | 117 W 21ST ST | | Zoning: |
| Site City/State: | CHICO CA | 95928 | Flood Panel: |
| Mail Address: | 999 JONELL LN | | Ownership: |
| Mail City/State: | CHICO CA | 95926 | |
| Legal Description: | 117 W 21ST ST | | |

## Property Characteristics

| | |
|---|---|
| Use Description: | FIVE OR MORE UNIT    RA |
| Year Built: | 1980 |
| # Rooms: | |
| Bed / Bath: | 1/1.0 |
| # Stories: | |
| # Units: | 6 |
| Square Feet: | 3,600 |
| Floor1: | |
| Floor2: | |
| Additions: | |
| Basement: | |
| Lot Size: | 14,374 |
| Dimens: | |
| Construction: | WOOD FRAME |
| Qualty: | 6.0 |
| Shape: | |
| Garage Type: | |
| Cool: | |
| # Fire Places: | |
| PoolSF: | |

## Sale/Loan Information

| | |
|---|---|
| Sale Date: | 08/09/2005 |
| Sale Amount: | $470,000 F |
| Document Number: | 46370 |
| 1st Trust Deed: | |
| +Addl: | |
| Cost/Square Foot: | $130.56 |
| Loan Type: | |
| Buyer: | OLSON,DONNA M |
| Seller: | OLSON,ROBERT S |
| Lender: | |
| Title Company: | MID VALLEY TITLE |
| Last Trans W/O $: | 05/02/2008 |
| Doc #: | 16725 |

### Prior Sale Information

| | |
|---|---|
| Previous Date: | 08/09/2005 |
| Previous Amount: | $470,000 F |

## Assessment/Tax Information

| | |
|---|---|
| Assessed Value: | $488,927 |
| Land Value: | $220,018 |
| Improvement: | $268,909 |
| % Improvement: | 55% |
| Tax Amount: | $5,048.62 |
| Status: | CUR |
| Tax Rate Area: | 002154 |
| Exempt: | |
| Tax Year: | 2007-2008 |

## Prepared By

*Customer Service*

**THE ABOVE INFORMATION IS SOURCED FROM PUBLIC DOCUMENTS AND IS NOT GUARANTEED**
**Copyright (C) 1998 Acxiom Corporation**



advertisement



**Looking for a used car? We've got your number.**

| | New | Used | Refi* |
|---|---|---|---|
| APRs as low as* | 5.44% | 6.34% | 6.95% |

Capital One Auto Finance    Get Started

## 1999 Infiniti QX4 Sport Utility 4D

### BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|---|---|
| **Excellent** | **$5,695** |
| **Good** | **$5,120** |
| ✔ **Fair** | **$4,420** |
| (Selected) | |

advertisement

CARFAx
carfax.com

Don't
Buy a
Used
Car
Without
CARFAX



Close Window

### Vehicle Highlights

| | |
|---|---|
| **Mileage:** | 215,000 |
| **Engine:** | V6 3.3 Liter |
| **Transmission:** | Automatic |
| **Drivetrain:** | 4WD |

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | AM/FM Stereo | Dual Power Seats |
| Power Steering | Cassette | Roof Rack |
| Power Windows | Single Compact Disc | Privacy Glass |
| Power Door Locks | Premium Sound | Alloy Wheels |
| Tilt Wheel | Dual Front Air Bags | |
| Cruise Control | Leather | |

### Blue Book Private Party Value

Private Party Value is what a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than the continuing factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**

☐☐☐☐☐                                    **$5,695**

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.

- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

## Good

$5,120

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

## ✔ Fair (Selected)

$4,420

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

## Poor

N/A

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* California 11/11/2008


**Kelley Blue Book**
THE TRUSTED RESOURCE
kbb.com

🖨 Se

advertisement

*Think About It*

**THE 2008 HYUNDAI TIBURON SE WITH 12-INCH CROSS-DRILLED ROTORS.**
Build Your Own | Dealer Locator | Quick Quote



## 2003 Hyundai Tiburon Coupe 2D

### BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|-----------|-------|
| **Excellent** | **$6,575** |
| **Good** | **$5,960** |
| ✓ **Fair** | **$5,160** |
| (Selected) | |

— advertisement —
— *Think About It* —

**THE 2008 TIBURON SE WITH 12-INCH CROSS-DRILLE ROTORS.**

» *Build Your Own*
» *Dealer Locator*
» *Quick Quote*

» *Replay*

### Vehicle Highlights

| | |
|---|---|
| **Mileage:** | 120,000 |
| **Engine:** | 4-Cyl. 2.0 Liter |
| **Transmission:** | Automatic |
| **Drivetrain:** | FWD |

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | Tilt Wheel | Dual Front Air Bags |
| Power Steering | Cruise Control | Front Side Air Bags |
| Power Windows | AM/FM Stereo | Rear Spoiler |
| Power Door Locks | Single Compact Disc | Alloy Wheels |

### Blue Book Private Party Value

Private Party Value is what a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than the continuing factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**
⬡⬡⬡⬡⬡                                            **$6,575**
- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.

🅗 HYUNDAI

Close
Window

- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

## Good

$5,960

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

## ✔ Fair (Selected)

$5,160

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

## Poor

N/A

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* California 10/1/2008



advertisement



See why the ES was named best value in its class.

FIND A DEALER    LEARN MORE    Disclaimer

## 2005 Lexus ES 330 Sedan 4D

### BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|-----------|-------|
| **Excellent** | **$16,980** |
| **Good** | **$15,880** |
| ✓ **Fair** | **$14,430** |
| (Selected) | |

**Vehicle Highlights**

| | |
|---|---|
| **Mileage:** | 60,000 |
| **Engine:** | V6 3.3 Liter |
| **Transmission:** | 5-Spd Auto Overdrive |
| **Drivetrain:** | FWD |

**Selected Equipment**
**Standard**

| | | |
|---|---|---|
| Auto Climate Control | AM/FM Stereo | Leather |
| Power Steering | Cassette | Dual Power Seats |
| Power Windows | Single Compact Disc | Moon Roof |
| Power Door Locks | Dual Front Air Bags | Alloy Wheels |
| Tilt Wheel | Front Side Air Bags | |
| Cruise Control | Anti-Lock Braking | |

### Blue Book Private Party Value

Private Party Value is what a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than the continuing factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**

☆☆☆☆☆                                    **$16,980**

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.

advertisement



2008 ES 350 LEASE OFFE
**399**/mo. **36**/mos.[1]
**3599** due at signing.[2]
Excludes official fees, taxes and dealer charges. No security depo required.

SACRAMENTO/MODESTO DEALERS

DISCLAIMER

CHANGE ZIP CODE

SCHEDULE A TEST DRIVE

*Your Lexus dealer. Pursuing perfection.*

Close Window

- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

## Good

                                                    **$15,880**

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

## ✔ Fair (Selected)

                                                    **$14,430**

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

## Poor

                                                    **N/A**

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* California 10/21/2008